UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE KIDD and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund, and COOK COUNTY, ILLINOIS,<br><br>    Defendants. | Case No. 1:22-cv-7061<br><br>Hon. Matthew F. Kennelly |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's October 16, 2024 minute order and in advance of the December 20, 2024 telephonic status hearing set by the same order, (Dkt. 121), the parties submit the following status report on the progress of discovery:

On May 14, 2024, the Court entered an order modifying the Case Management Order, including an extension of the deadline to complete expert discovery to December 20, 2024. (Dkt. 101.)

The parties timely served their Rule 26(a)(2) disclosures and expert reports, covering two expert witnesses for Plaintiffs and one for Defendants. The parties also timely exchanged responsive expert reports by the November 12, 2024 deadline. Defendants deposed each of Plaintiffs' expert witnesses on December 11 and December 13, 2024. Plaintiffs are preparing to take the deposition of Defendants' expert witness on December 18, 2024.

1

As previously reported, (Dkt. 120), as of the September 30, 2024 fact discovery completion deadline, the parties had engaged in significant discovery and resolved all outstanding disputes. At that time, Plaintiffs reported that a set of case files related to lawsuits petitioning for relief from Cook County's Indemnity Fund were actively being processed and produced by the Cook County State's Attorney's Office ("CCSAO"), a non-party represented by separate counsel independent from undersigned defense counsel, pursuant to a subpoena served on that entity in late-June 2024. Plaintiffs report that production of the foregoing records is ongoing as follows. The CCSAO had agreed via signed stipulation to produce the records by September 23, 2024. After receiving a one week extension from Plaintiffs, the CCSAO began a rolling production of these documents. However, as of December 6, 2024, the CCSAO had produced fewer than 40 such case files. On December 6, the CCSAO informed Plaintiffs' counsel that the remaining materials would be provided by December 13, 2024, along with a supplement to its prior production to come shortly thereafter.

The parties have until January 24, 2025 to file dispositive motions, and Plaintiffs have until that same date to file any motion for class certification. (Dkt. 101.)

The parties have not engaged in further settlement discussions at this time and are prepared to continue with the litigation under the schedule set by the Court's May 14, 2024 Order. (Dkt. 101.)

Respectfully submitted,

MICHELLE KIDD and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually,

Dated: December 13, 2024

By: /s/ Daniel J. Schneider

Brian D. Roche

2

William S. Weltman
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-6400
broche@reedsmith.com

Charles R. Watkins
GUIN, STOKES & EVANS, LLC
805 Lake Street, #226
Oak Park, IL 60301
(312) 878-8391
charlesw@gseattorneys.com

David J. Guin
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr. Blvd N., Suite 600
Birmingham, AL 35203
(205) 790-1796
davidg@gseattorneys.com

John Bouman
Lawrence Wood
Daniel Schneider
LEGAL ACTION CHICAGO
120 South LaSalle Street, 10th Floor
Chicago, IL 60603
(312) 341-1070
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org


Attorneys for Defendants

EILEEN O'NEILL BURKE
State's Attorney of Cook County


By: /s/ Rachel C. Steiner

Megan Honingford
Anthony O'Brien
Prathima Yeddanapudi
Kathleen Murphy
Michael J. Gilmartin

3

Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3630
megan.honingford@cookcountysao.org
kaitlin.mckenzie@cookcountysao.org
anthony.obrien@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org
kathleen.murphy@cookcountysao.org

Kenneth S. Ulrich
David E. Morrison
Rachel C. Steiner
Kerry D. Nelson
Kyle W. Walther
Benjamin W. Chertok
GOLDBERG KOHN LTD.
55 East Monroe Street Suite 3300
Chicago, Illinois 60603
(312) 201-4000
kenneth.ulrich@goldbergkohn.com
david.morrison@goldbergkohn.com
rachel.steiner@goldbergkohn.com
kerry.nelson@goldbergkohn.com
kyle.walther@goldbergkohn.com
benjamin.chertok@goldbergkohn.com

## **CERTIFICATE OF SERVICE**

      I, Daniel J Schneider an attorney, hereby certify that on December 13, 2024, I caused to be served the above and forgoing ***Parties' Joint Status Report*** by causing a true and accurate copy of the same to be served on counsel of record in the above-noted matter.

                                            /s/ Daniel J. Schneider