**EXHIBIT 60**

| TaxpayerName | PropertyAddress | CurrentMailingAddress | Volume | PIN | PIN10 | PIN_NBR | TaxType | TaxYear | TotalTaxDue | TotalDueIncludingInterest | Township | Municipality | Classification | CityWard | Commissioner | StateRepDistrict | StateSenateDistrict | TaxBillReturned | Senior | SeniorFreeze |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARIA RIVERA | 2545 W 59TH ST | 10115 MAYFIELD AVE OAK LAWN IL 604536003 | 389 | 19-13-404-006-0000 | 1913404006 | 19134040060000 | 0 | 2020 | $662.49 | $826.81 | LAKE | Chicago | Vacant Land | 16 | 11 | 1 | 1 | | | |
| JAVIER BERMUDEZ | 2541 W 59TH ST | 2539-2545 W 59TH ST CHICAGO IL 606291137 | 389 | 19-13-404-007-0000 | 1913404007 | 19134040070000 | 0 | 2020 | $18,141.08 | $22,546.96 | LAKE | Chicago | Commercial/Industrial | 16 | 11 | 1 | 1 | | | |
| ROBERT KROESSIN | 5930 S MAPLEWOOD AVE | PO BOX 400 WORTH IL 604820400 | 389 | 19-13-404-029-0000 | 1913404029 | 19134040290000 | 0 | 2020 | $2,926.53 | $3,633.83 | LAKE | Chicago | Residential | 16 | 11 | 1 | 1 | Yes | | |
| ANSELMA TELLEZ | 5925 S MAPLEWOOD AVE | 4513 N DRAKE CHICAGO IL 606255903 | 389 | 19-13-405-013-0000 | 1913405013 | 19134050130000 | 0 | 2020 | $2,731.20 | $3,391.96 | LAKE | Chicago | Residential | 16 | 11 | 1 | 1 | | | |
| OMAR RESCALVO | 5931 S MAPLEWOOD AVE | 820 HENDERSON AVE#1B STATEN ISL NY 103101316 | 389 | 19-13-405-015-0000 | 1913405015 | 19134050150000 | 0 | 2020 | $1,142.71 | $1,375.53 | LAKE | Chicago | Residential | 16 | 11 | 1 | 1 | | | |
| VARO 589061 LOAN DV | 5945 S MAPLEWOOD AVE | PO BOX 8136 CHICAGO IL 606808136 | 389 | 19-13-405-023-0000 | 1913405023 | 19134050230000 | 0 | 2020 | $672.65 | $838.82 | LAKE | Chicago | Vacant Land | 16 | 11 | 1 | 1 | | | |
| LONGWOOD EVANS GRP LLC | 5921 S CAMPBELL AVE | 5921 S CAMPBELL AVE CHICAGO IL 606291119 | 389 | 19-13-406-013-0000 | 1913406013 | 19134060130000 | 0 | 2020 | $2,669.37 | $3,315.34 | LAKE | Chicago | Residential | 16 | 11 | 1 | 1 | Yes | | |
| GENARO VALENCIA | 5953 S ARTESIAN AVE | 5953 S ARTESIAN CHICAGO IL 606291113 | 389 | 19-13-407-024-0000 | 1913407024 | 19134070240000 | 0 | 2020 | $2,304.31 | $2,859.89 | LAKE | Chicago | Residential | 16 | 11 | 1 | 1 | Yes | | |
| TAXPAYER OF | 6031 S MAPLEWOOD AVE | 6031 S MAPLEWOOD AVE CHICAGO IL 606291131 | 389 | 19-13-413-011-0000 | 1913413011 | 19134130110000 | 0 | 2020 | $2,801.39 | $3,478.85 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | Yes | | |
| DISCOVONNE FLOWERS | 6012 S MAPLEWOOD AVE | 6012 S MAPLEWOOD AVE CHICAGO IL 606291122 | 389 | 19-13-413-025-0000 | 1913413025 | 19134130250000 | 0 | 2020 | $672.65 | $838.82 | LAKE | Chicago | Vacant Land | 16 | 11 | 6 | 3 | Yes | | |
| SARA CHAVEZ | 6118 S MAPLEWOOD AVE | 6118 S MAPLEWOOD CHICAGO IL 606291622 | 389 | 19-13-420-026-0000 | 1913420026 | 19134200260000 | 0 | 2020 | $998.39 | $1,245.73 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | Yes | |
| RAMIRO AYALA | 6120 S MAPLEWOOD AVE | 6118 S MAPLEWOOD CHICAGO IL 606291622 | 389 | 19-13-420-027-0000 | 1913420027 | 19134200270000 | 0 | 2020 | $958.54 | $1,227.38 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | Yes | |
| MELVIN SPENCER | 6146 S CAMPBELL AVE | 6146 S CAMPBELL AVE CHICAGO IL 606291214 | 389 | 19-13-421-035-0000 | 1913421035 | 19134210350000 | 0 | 2020 | $2,623.59 | $3,258.77 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | | |
| DERRICK BEASLEY | 6113 S CAMPBELL AVE | 6113 S CAMPBELL AVE CHICAGO IL 606291289 | 389 | 19-13-422-004-0000 | 1913422004 | 19134220040000 | 0 | 2020 | $3,055.42 | $3,793.36 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | | |
| GABRIEL HERNANDEZ | 6129 S CAMPBELL AVE | 4638 W 20TH CICERO IL 608042511 | 389 | 19-13-422-009-0000 | 1913422009 | 19134220090000 | 0 | 2020 | $682.75 | $825.87 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | Yes | | |
| METRO CAPITAL INVESTOR | 6141 S CAMPBELL AVE | 111 S WACKER DR 4730 CHICAGO IL 606064719 | 389 | 19-13-422-013-0000 | 1913422013 | 19134220130000 | 0 | 2020 | $896.91 | $1,115.11 | LAKE | Chicago | Vacant Land | 16 | 11 | 6 | 3 | Yes | | |
| GOLD CESTONI PROP | 2452 W 62ND ST | 2452 W 62ND ST APT 1B CHICAGO IL 606291254 | 389 | 19-13-422-018-0000 | 1913422018 | 19134220180000 | 0 | 2020 | $1,297.32 | $1,560.30 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | | |
| GAYTAN PROP SERIES LLC | 6134 S ARTESIAN AVE | 7703 W 43RD ST LYONS IL 605341502 | 389 | 19-13-422-029-0000 | 1913422029 | 19134220290000 | 0 | 2020 | $2,711.94 | $3,368.08 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | Yes | | |
| ABAYDAMI OLALEYE | 6141 S ARTESIAN AVE | 430 E 162ND ST S HOLLAND IL 604732258 | 389 | 19-13-423-014-0000 | 1913423014 | 19134230140000 | 0 | 2020 | $1,479.65 | $1,833.30 | LAKE | Chicago | Vacant Land | 16 | 11 | 6 | 3 | | | |
| 6204 S MAPLEWOOD LLC | 6204 S MAPLEWOOD AVE | 3801 N PITTSBURGH CHICAGO IL 606341916 | 389 | 19-13-428-016-0000 | 1913428016 | 19134280160000 | 0 | 2020 | $1,040.37 | $1,253.30 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | | |
| CTLTC 008002375897 | 6211 S MAPLEWOOD AVE | 10 S LASALLE ST #2750 CHICAGO IL 606031108 | 389 | 19-13-429-004-0000 | 1913429004 | 19134290040000 | 0 | 2020 | $2,337.01 | $2,900.49 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | | |
| SANTOS JIMENEZ MENESES | 6224 S CAMPBELL AVE | 6224 S CAMPBELL AVE CHICAGO IL 606291216 | 389 | 19-13-429-023-0000 | 1913429023 | 19134290230000 | 0 | 2020 | $2,281.92 | $2,832.13 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | | |
| CONCHITA ARMSTRONG | 6235 S CAMPBELL AVE | 2600 S MICHIGAN 208 CHICAGO IL 606162857 | 389 | 19-13-430-010-0000 | 1913430010 | 19134300100000 | 0 | 2020 | $672.65 | $838.82 | LAKE | Chicago | Vacant Land | 16 | 11 | 6 | 3 | Yes | | |
| WB RIVERDALE FORECLOSU | 6228 S CAMPBELL AVE | 14140 VENTURA BLVD 302 SHERMAN OAKS CA 914232774 | 389 | 19-13-430-023-0000 | 1913430023 | 19134300230000 | 0 | 2020 | $672.65 | $864.27 | LAKE | Chicago | Vacant Land | 16 | 11 | 6 | 3 | | | |
| AMERICAN ATM SOLUTIONS | 2454 W 63RD ST | 3053 W CRAIG RD E219 N LAS VEGAS NV 890320000 | 389 | 19-13-430-028-0000 | 1913430028 | 19134300280000 | 0 | 2020 | $358.36 | $438.30 | LAKE | Chicago | Vacant Land | 16 | 11 | 6 | 3 | | | |
| TOYA WILSON | 6203 S ARTESIAN AVE | 8216 S RHODES CHICAGO IL 606195006 | 389 | 19-13-431-001-0000 | 1913431001 | 19134310010000 | 0 | 2020 | $1,517.72 | $1,880.05 | LAKE | Chicago | Residential | 16 | 11 | 6 | 3 | | | |
| HARRY JAMES MGNT 6222 | 6222 S WESTERN AVE | 1420 N MILWAUKEE AV CHICAGO IL 606229200 | 389 | 19-13-431-024-0000 | 1913431024 | 19134310240000 | 0 | 2020 | $7,634.62 | $9,490.68 | LAKE | Chicago | Commercial/Industrial | 16 | 11 | 6 | 3 | | | |
| TOZSER | 6351 S CALIFORNIA AVE | 5727 W 82ND ST BURBANK IL 604591935 | 402 | 19-24-200-015-0000 | 1924200015 | 19242000150000 | 0 | 2020 | $2,932.37 | $3,641.09 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| DOUGLAS P RAY | 6325 S FAIRFIELD AVE | 6325 S FAIRFIELD AV CHICAGO IL 606292311 | 402 | 19-24-201-014-0000 | 1924201014 | 19242010140000 | 0 | 2020 | $655.39 | $817.71 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | Yes | | |
| SHARON D PERSON | 6344 S WASHTENAW AVE | 22340 PICCADILLY CT#1A RICHTON PARK IL 604712036 | 402 | 19-24-201-018-0000 | 1924201018 | 19242010180000 | 0 | 2020 | $1,964.17 | $2,439.25 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | Yes | | |
| MOHID SULEIMAN | 2657 W 63RD ST | 6245 S ARCHER RD SUMMIT IL 605011718 | 402 | 19-24-202-001-0000 | 1924202001 | 19242020010000 | 0 | 2020 | $12,215.38 | $15,175.47 | LAKE | Chicago | Commercial/Industrial | 16 | 2 | 6 | 3 | | | |
| TAXPAYER OF | 2653 W 63RD ST | 2653 W 63RD ST CHICAGO IL 606291641 | 402 | 19-24-202-043-0000 | 1924202043 | 19242020430000 | 0 | 2020 | $17,559.66 | $21,810.81 | LAKE | Chicago | Commercial/Industrial | 16 | 2 | 6 | 3 | | | |
| AFFFLUENT STYLLE PROPE | 6314 S ROCKWELL ST | PO BOX 166927 CHICAGO IL 606166927 | 402 | 19-24-203-024-0000 | 1924203024 | 19242030240000 | 0 | 2020 | $553.63 | $692.26 | LAKE | Chicago | Vacant Land | 16 | 2 | 6 | 3 | | | |
| GEORGE BOULUKOS | 2541 W 63RD ST | 3417 S WESTERN BLVD CHICAGO IL 606086028 | 402 | 19-24-204-005-0000 | 1924204005 | 19242040050000 | 0 | 2020 | $3,366.90 | $4,180.13 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| AMY HALEY | 6320 S CAMPBELL AVE | 6320 S CAMPBELL AVE CHICAGO IL 606291218 | 402 | 19-24-205-025-0000 | 1924205025 | 19242050250000 | 0 | 2020 | $672.65 | $838.82 | LAKE | Chicago | Vacant Land | 16 | 2 | 6 | 3 | Yes | | |
| MPS CAMPBELL 6349 | 6349 S CAMPBELL AVE | 120 S LASALLE #1850 CHICAGO IL 606033585 | 402 | 19-24-206-017-0000 | 1924206017 | 19242060170000 | 0 | 2020 | $672.65 | $838.82 | LAKE | Chicago | Vacant Land | 16 | 2 | 6 | 3 | | | |
| TAXPAYER OF | 6326 S ARTESIAN AVE | 6326 S ARTESIAN AVE CHICAGO IL 606291212 | 402 | 19-24-206-025-0000 | 1924206025 | 19242060250000 | 0 | 2020 | $672.65 | $838.82 | LAKE | Chicago | Vacant Land | 16 | 2 | 6 | 3 | Yes | | |
| GOOOSBY RUSSEL | 6405 S FAIRFIELD AVE | 6405 S FAIRFIELD AVE CHICAGO IL 606291731 | 402 | 19-24-209-002-0000 | 1924209002 | 19242090020000 | 0 | 2020 | $758.55 | $944.56 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | | | |
| ALMA DELIA PEREZ GOMEZ | 6451 S FAIRFIELD AVE | 6451 S FAIRFIELD AVE CHICAGO IL 606291731 | 402 | 19-24-209-018-0000 | 1924209018 | 19242090180000 | 0 | 2020 | $1,436.07 | $1,786.59 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| GOLDMINE INVESTMENTS | 6404 S ROCKWELL ST | 58 GEORGE STREET GRAYSLAKE IL 600301537 | 402 | 19-24-211-024-0000 | 1924211024 | 19242110240000 | 0 | 2020 | $553.63 | $692.26 | LAKE | Chicago | Vacant Land | 16 | 2 | 6 | 3 | | | |
| JAMES PICKENS | 6401 S TALMAN AVE | 627 E 152ND DOLTON IL 604192664 | 402 | 19-24-211-043-0000 | 1924211043 | 19242110430000 | 0 | 2020 | $2,383.26 | $2,961.11 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| ANDRES OLEAZ | 6402 S MAPLEWOOD AVE | 4759 S KOLIN AV CHICAGO IL 606324431 | 402 | 19-24-212-022-0000 | 1924212022 | 19242120220000 | 0 | 2020 | $1,896.14 | $2,359.36 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| DAVID & EDNA FEWS | 6427 S CAMPBELL AVE | 6427 S CAMPBELL AV CHICAGO IL 606291306 | 402 | 19-24-214-009-0000 | 1924214009 | 19242140090000 | 0 | 2020 | $2,283.93 | $2,834.76 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| DORA GARCIA | 6541 S FAIRFIELD AVE | 6541 S FAIRFIELD AV CHICAGO IL 606291754 | 402 | 19-24-217-016-0000 | 1924217016 | 19242170160000 | 0 | 2020 | $534.62 | $648.88 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | Yes | | |
| LORRIE FARMER | 6508 S TALMAN AVE | 6508 S TALMAN CHICAGO IL 606291714 | 402 | 19-24-218-024-0000 | 1924218024 | 19242180240000 | 0 | 2020 | $1,393.33 | $1,625.43 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| LORRIE FARMER | 6510 S TALMAN AVE | 6508 S TALMAN AV CHICAGO IL 606291714 | 402 | 19-24-218-025-0000 | 1924218025 | 19242180250000 | 0 | 2020 | $550.05 | $687.75 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | | | |
| TAXPAYER OF | 6524 S TALMAN AVE | 6524 S TALMAN AVE CHICAGO IL 606291714 | 402 | 19-24-218-030-0000 | 1924218030 | 19242180300000 | 0 | 2020 | $149.69 | $194.36 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | | | |
| HARDING CAROL S | 6522 S ROCKWELL ST | 6522 S ROCKWELL ST CHICAGO IL 606291736 | 402 | 19-24-219-026-0000 | 1924219026 | 19242190260000 | 0 | 2020 | $2,474.46 | $3,074.07 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | Yes | | |
| GARSWAH BLACKTON | 6535 S ROCKWELL ST | 6535 S ROCKWELL CHICAGO IL 606291735 | 402 | 19-24-220-012-0000 | 1924220012 | 19242200120000 | 0 | 2020 | $672.65 | $838.82 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | Yes | | |
| AURORA JIMENEZ | 6551 S MAPLEWOOD AVE | 6551 S MAPLEWOOD AVE CHICAGO IL 606291725 | 402 | 19-24-221-016-0000 | 1924221016 | 19242210160000 | 0 | 2020 | $2,076.51 | $2,578.26 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| ERICA C THOMAS | 6553 S MAPLEWOOD AVE | 6553 S MAPLEWOOD AVE CHICAGO IL 606291725 | 402 | 19-24-221-017-0000 | 1924221017 | 19242210170000 | 0 | 2020 | $1,676.71 | $2,013.66 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | Yes | | |
| DAVID LOPEZ | 6508 S CAMPBELL AVE | 6508 S CAMPBELL AVE CHICAGO IL 606291309 | 402 | 19-24-221-020-0000 | 1924221020 | 19242210200000 | 0 | 2020 | $1,028.99 | $1,239.58 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| M R JENKINS R E AGENT | 6559 S CAMPBELL AVE | 10512 S MILLARD CHICAGO IL 606553206 | 402 | 19-24-222-019-0000 | 1924222019 | 19242220190000 | 0 | 2020 | $1,317.74 | $1,633.62 | LAKE | Chicago | Vacant Land | 16 | 2 | 6 | 3 | | | |
| MR./MRS. WILLIE BRYANT | 6505 S ARTESIAN AVE | 6507 S ARTESIAN AVE CHICAGO IL 606291304 | 402 | 19-24-223-002-0000 | 1924223002 | 19242230020000 | 0 | 2020 | $663.88 | $828.06 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| JNJ PROPERTY GROUP INC | 6542 S WESTERN AVE | 7000 W 111TH STREET WORTH IL 604821851 | 402 | 19-24-223-036-0000 | 1924223036 | 19242230360000 | 0 | 2020 | $2,975.12 | $3,694.01 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| JACKS MARTIN MUFFLERS | 6550 S WESTERN AVE | 6545 S WESTERN AVE CHICAGO IL 606362410 | 402 | 19-24-223-038-0000 | 1924223038 | 19242230380000 | 0 | 2020 | $5,790.24 | $7,144.69 | LAKE | Chicago | Commercial/Industrial | 16 | 2 | 6 | 3 | | | |
| JACKS MARTEN MUFFLERS | 6550 S WESTERN AVE | 6545 S WESTERN AVE CHICAGO IL 606362410 | 402 | 19-24-223-039-0000 | 1924223039 | 19242230390000 | 0 | 2020 | $5,790.24 | $7,144.69 | LAKE | Chicago | Commercial/Industrial | 16 | 2 | 6 | 3 | | | |
| IRENE ULANSKI | 6623 S CALIFORNIA AVE | 6606 S FAIRFIELS CHICAGO IL 606291710 | 402 | 19-24-224-007-0000 | 1924224007 | 19242240070000 | 0 | 2020 | $336.84 | $425.17 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | | | |
| LINDA L PRUITT | 6611 S FAIRFIELD AVE | 6611 S FAIRFIELD AVE CHICAGO IL 606291709 | 402 | 19-24-225-004-0000 | 1924225004 | 19242250040000 | 0 | 2020 | $320.39 | $335.20 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| GAYTAN PROP SERIES LLC | 6631 S FAIRFIELD AVE | 7703 W 43RD ST LYONS IL 605341502 | 402 | 19-24-225-010-0000 | 1924225010 | 19242250100000 | 0 | 2020 | $650.46 | $811.54 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | Yes | | |
| TAXPAYER OF | 6649 S WASHTENAW AVE | 6649 S WASHTENAW AVE CHICAGO IL 606291717 | 402 | 19-24-226-015-0000 | 1924226015 | 19242260150000 | 0 | 2020 | $325.44 | $410.98 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | Yes | | |
| FELIX REYES | 6606 S TALMAN AVE | 4915 S PULASKI CHICAGO IL 606324216 | 402 | 19-24-226-023-0000 | 1924226023 | 19242260230000 | 0 | 2020 | $1,835.69 | $2,280.28 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| GLEEN JELKS | 6618 S TALMAN AVE | 6618 S TALMAN AV CHICAGO IL 606291740 | 402 | 19-24-226-027-0000 | 1924226027 | 19242260270000 | 0 | 2020 | $553.63 | $692.26 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | | | |
| ANGELINE NUNZIATO | 6622 S TALMAN AVE | 6618 S TALMAN AV CHICAGO IL 606291740 | 402 | 19-24-226-028-0000 | 1924226028 | 19242260280000 | 0 | 2020 | $168.42 | $217.43 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | Yes | | |
| T WHITE | 6625 S CAMPBELL AVE | 7010 S CORNELL CHICAGO IL 606491908 | 402 | 19-24-230-008-0000 | 1924230008 | 19242300080000 | 0 | 2020 | $2,439.54 | $3,027.16 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| MATT & GLORIA OLIVER | 6628 S ARTESIAN AVE | 6628 S ARTESIAN AV CHICAGO IL 606291317 | 402 | 19-24-230-024-0000 | 1924230024 | 19242300240000 | 0 | 2020 | $2,150.86 | $2,670.77 | LAKE | Chicago | Residential | 16 | 2 | 6 | 3 | | | |
| HENRY WASHINGTON | 6645 S ARTESIAN AVE | 315 DESPLAINES AVE FOREST PK IL 601301470 | 402 | 19-24-231-015-0000 | 1924231015 | 19242310150000 | 0 | 2020 | $737.89 | $919.25 | LAKE | Chicago | Vacant Land | 16 | 2 | 6 | 3 | | | |
| IB1 MANAGEMENT LLC | 6741 S CAMPBELL AVE | 6741 S CAMPBELL AVE#1 CHICAGO IL 606291320 | 402 | 19-24-404-015-0000 | 1924404015 | 19244040150000 | 0 | 2020 | $2,907.47 | $3,608.70 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| L DOBROWSKI | 2415 W MARQUETTE RD | 2415 W MARQUETTE RD CHICAGO IL 606291324 | 403 | 19-24-405-004-0000 | 1924405004 | 19244050040000 | 0 | 2020 | $902.23 | $1,121.67 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | Yes | | |
| CHICAGO OPPORTUNITY 1 | 6803 S WASHTENAW AVE | 2539 W PETERSON AVE CHICAGO IL 606594019 | 403 | 19-24-407-002-0000 | 1924407002 | 19244070020000 | 0 | 2020 | $1,688.47 | $2,027.76 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| TALMAN J&G LLC | 6834 S TALMAN AVE | 6035 N NORTHWEST HWY30 CHICAGO IL 606312543 | 403 | 19-24-407-027-0000 | 1924407027 | 19244070270000 | 0 | 2020 | $2,349.81 | $2,918.38 | LAKE | Chicago | Residential | 17 | 2 | 6 | 3 | | | |
| GEORGE RISKUS | 2646 W 69TH ST | 9660 PACIFIC CT BURR RIDGE IL 605270705 | 403 | 19-24-407-035-0000 | 1924407035 | 19244070350000 | 0 | 2020 | $556.96 | $696.21 | LAKE | Chicago | Vacant Land | 17 | 2 | 6 | 3 | | | |
| DANNY E LOZANO | 6818 S ROCKWELL ST | 2347 GUNDERSON AVE BERWYN IL 604022471 | 403 | 19-24-408-022-0000 | 1924408022 | 19244080220000 | 0 | 2020 | $2,921.38 | $3,625.94 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | Yes | | |
| HAMODA M MOHAMAD | 2614 W 69TH ST | PO BOX 2321 CHICAGO IL 606902321 | 403 | 19-24-408-034-0000 | 1924408034 | 19244080340000 | 0 | 2020 | $3,553.84 | $4,408.69 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | Yes | | |
| POWELL MARTIN C | 6825 S MAPLEWOOD AVE | 6825 S MAPLEWOOD AVE CHICAGO IL 606291810 | 403 | 19-24-410-010-0000 | 1924410010 | 19244100100000 | 0 | 2020 | $2,680.98 | $3,243.84 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | Yes | | |
| ABIOYE ALATLRE | 6820 S CAMPBELL AVE | 6820 SOUTH CAMPBELL CHICAGO IL 606291323 | 403 | 19-24-410-026-0000 | 1924410026 | 19244100260000 | 0 | 2020 | $565.04 | $706.15 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| ELAINE BATTLES | 6830 S CAMPBELL AVE | 6830 S CAMPBELL AVE CHICAGO IL 606291323 | 403 | 19-24-410-030-0000 | 1924410030 | 19244100300000 | 0 | 2020 | $565.04 | $706.15 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | Yes | | |
| PATRICIA FLOYD | 6840 S CAMPBELL AVE | 11414 S ELIZABETH ST CHICAGO IL 606434432 | 403 | 19-24-410-052-0000 | 1924410052 | 19244100520000 | 0 | 2020 | $1,407.36 | $1,644.39 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| ALSJ INC | 6801 S MAPLEWOOD AVE | 6603 W BECKWITH MORTON GROVE IL 600531316 | 403 | 19-24-410-054-0000 | 1924410054 | 19244100540000 | 0 | 2020 | $750.74 | $935.20 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| HOME ACQ INC | 6800 S ARTESIAN AVE | 6800 S ARTESIAN AVE CHICAGO IL 606291321 | 403 | 19-24-411-018-0000 | 1924411018 | 19244110180000 | 0 | 2020 | $710.56 | $885.59 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| CHRISTOPHER ALEMAN | 6834 S ARTESIAN AVE | 6219 S KOMENSKY AV CHICAGO IL 606294607 | 403 | 19-24-411-029-0000 | 1924411029 | 19244110290000 | 0 | 2020 | $282.93 | $348.05 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| ALBINAS BARAUSKAS | 6801 S ARTESIAN AVE | 6801 S ARTESIAN CHICAGO IL 606291326 | 403 | 19-24-412-001-0000 | 1924412001 | 19244120010000 | 0 | 2020 | $705.96 | $879.88 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| MARIA SANCHEZ | 6845 S ARTESIAN AVE | 4528 S WHIPPLE CHICAGO IL 606322541 | 403 | 19-24-412-015-0000 | 1924412015 | 19244120150000 | 0 | 2020 | $241.64 | $266.12 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| DERRICK L RILEY | 2420 W 69TH ST | 538 N LAWLER AVE CHICAGO IL 606441612 | 403 | 19-24-412-018-0000 | 1924412018 | 19244120180000 | 0 | 2020 | $593.65 | $741.58 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| JUN YI LI | 6812 S WESTERN AVE | 6812 S WESTERN AVE CHICAGO IL 606363118 | 403 | 19-24-412-022-0000 | 1924412022 | 19244120220000 | 0 | 2020 | $2,007.51 | $2,433.49 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | Yes | | |
| JASON TETZNER | 6820 S WESTERN AVE | 1707 N CRILLY CT 1W CHICAGO IL 606145738 | 403 | 19-24-412-025-0000 | 1924412025 | 19244120250000 | 0 | 2020 | $2,319.88 | $2,868.58 | LAKE | Chicago | Commercial/Industrial | 17 | 2 | 32 | 16 | | | |
| JASON TETZNER | 6822 S WESTERN AVE | 1707 N CRILLY CT 1W CHICAGO IL 606145738 | 403 | 19-24-412-026-0000 | 1924412026 | 19244120260000 | 0 | 2020 | $2,138.61 | $2,645.20 | LAKE | Chicago | Commercial/Industrial | 17 | 2 | 32 | 16 | | | |
| OLAIMI AHMAD | 2407 W 68TH ST | 2407 W 68TH ST CHICAGO IL 606291315 | 403 | 19-24-412-041-0000 | 1924412041 | 19244120410000 | 0 | 2020 | $2,561.27 | $3,180.23 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| HELPING HANDS HSE LLC | 2617 W 69TH ST | 1 CANAL PLAZA #701 PORTLAND ME 041014098 | 403 | 19-24-416-004-0000 | 1924416004 | 19244160040000 | 0 | 2020 | $585.90 | $731.97 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| GUSTAVO LOPEZ | 6934 S ROCKWELL ST | 6934 S ROCKWELL ST CHICAGO IL 606291926 | 403 | 19-24-416-034-0000 | 1924416034 | 19244160340000 | 0 | 2020 | $2,053.20 | $2,548.45 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| LONNIE BLANTON | 2619 W 69TH ST | 2619 W 69TH ST CHICAGO IL 606291814 | 403 | 19-24-416-047-0000 | 1924416047 | 19244160470000 | 0 | 2020 | $2,764.18 | $3,431.36 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | Yes | | |
| CHICAGO INN COMPANY | 2557 W 69TH ST | 9624 S CICERO AVE 266 OAK LAWN IL 604533138 | 403 | 19-24-417-001-0000 | 1924417001 | 19244170010000 | 0 | 2020 | $635.54 | $793.08 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| ALGIRDAS A KRASAUSKAS | 2515 W 69TH ST | 4602 S CALIFORNIA CHICAGO IL 606321909 | 403 | 19-24-418-005-0000 | 1924418005 | 19244180050000 | 0 | 2020 | $3,074.43 | $3,815.31 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| BRIAN JACKSON | 6918 S CAMPBELL AVE | 42 E ROSE ST GLENWOOD IL 604251648 | 403 | 19-24-418-026-0000 | 1924418026 | 19244180260000 | 0 | 2020 | $1,064.39 | $1,282.00 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| TYREE ROSS | 2449 W 69TH ST | 2523 W LITHUANIAN PLAZ CHICAGO IL 606291806 | 403 | 19-24-419-004-0000 | 1924419004 | 19244190040000 | 0 | 2020 | $2,595.91 | $3,223.13 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| LORI LITTLETON | 2441 W 69TH ST | 8736 S MARSHFIELD AV CHICAGO IL 606204847 | 403 | 19-24-419-007-0000 | 1924419007 | 19244190070000 | 0 | 2020 | $2,042.82 | $2,538.49 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| ADA TATE | 2437 W 69TH ST | 9715 S HOYNE CHICAGO IL 606431634 | 403 | 19-24-419-009-0000 | 1924419009 | 19244190090000 | 0 | 2020 | $3,289.84 | $4,082.09 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| BARBARA WATKISS | 6951 S ARTESIAN AVE | 6951 S ARTESIAN AVE CHICAGO IL 606291485 | 403 | 19-24-420-017-0000 | 1924420017 | 19244200170000 | 0 | 2020 | $1,879.29 | $2,255.76 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | Yes | | |
| M GARDINER | 6918 S WESTERN AVE | 6918 S WESTERN AV CHICAGO IL 606363120 | 403 | 19-24-420-025-0000 | 1924420025 | 19244200250000 | 0 | 2020 | $1,112.29 | $1,339.13 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| PTUI INC | 7009 S CAMPBELL AVE | 155 N MICHIGAN #522 CHICAGO IL 606019732 | 403 | 19-24-423-004-0000 | 1924423004 | 19244230040000 | 0 | 2020 | $655.39 | $817.71 | LAKE | Chicago | Vacant Land | 17 | 2 | 32 | 16 | | | |
| SECRETARY OF HOUSING & | 7033 S WASHTENAW AVE | 999 NW GRAND BLVD OKLAHOMA CIT OK 731186077 | 403 | 19-24-423-012-0000 | 1924423012 | 19244230120000 | 0 | 2020 | $1,883.68 | $2,321.51 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| CTLTC 008002359403 | 2444 W 71ST ST | 10 S LASALLE ST #2750 CHICAGO IL 606031108 | 403 | 19-24-427-034-0000 | 1924427034 | 19244270340000 | 0 | 2020 | $11,138.46 | $13,517.75 | LAKE | Chicago | Commercial/Industrial | 17 | 2 | 32 | 16 | | | |
| ESSIE WILLIAMS | 7036 S WESTERN AVE | 1326 W 98TH ST CHICAGO IL 606431458 | 403 | 19-24-428-035-0000 | 1924428035 | 19244280350000 | 0 | 2020 | $2,819.62 | $3,500.12 | LAKE | Chicago | Residential | 17 | 2 | 32 | 16 | | | |
| DINO TSOROTITIS PRAXI | 7026 S WESTERN AVE | 900 W VAN BUREN CHICAGO IL 606073590 | 403 | 19-24-428-043-0000 | 1924428043 | 19244280430000 | 0 | 2020 | $11,361.20 | $14,117.16 | LAKE | Chicago | Commercial/Industrial | 17 | 2 | 32 | 16 | | | |

| TaxpayerName | Veteran | LongtimeHomeowners | PriorTaxYearsMayAlsoBeUnpaid | COMMUNITY_NM | COMMUNITY_NBR | MMRP Y/N | MMRP_NM |
|---|---|---|---|---|---|---|---|
| MARIA RIVERA | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JAVIER BERMUDEZ | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ROBERT KROESSIN | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ANSELMA TELLEZ | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| OMAR RESCALVO | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| VARO 589061 LOAN DV | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| LONGWOOD EVANS GRP LLC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GENARO VALENCIA | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TAXPAYER OF | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DISCOVONNE FLOWERS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| SARA CHAVEZ | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| RAMIRO AYALA | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| MELVIN SPENCER | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DERRICK BEASLEY | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GABRIEL HERNANDEZ | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| METRO CAPITAL INVESTOR | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GOLD CESTONI PROP | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GAYTAN PROP SERIES LLC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ABAYDAMI OLALEYE | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| 6204 S MAPLEWOOD LLC | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| CTLTC 008002375897 | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| SANTOS JIMENEZ MENESES | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| CONCHITA ARMSTRONG | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| WB RIVERDALE FORECLOSU | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| AMERICAN ATM SOLUTIONS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TOYA WILSON | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| HARRY JAMES MGNT 6222 | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TOZSER | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DOUGLAS P RAY | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| SHARON D PERSON | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| MOHID SULEIMAN | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TAXPAYER OF | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| AFFFLUENT STYLLE PROPE | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GEORGE BOULUKOS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| AMY HALEY | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| MPS CAMPBELL 6349 | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TAXPAYER OF | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GOOOSBY RUSSEL | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ALMA DELIA PEREZ GOMEZ | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GOLDMINE INVESTMENTS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JAMES PICKENS | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ANDRES OLEAZ | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DAVID & EDNA FEWS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DORA GARCIA | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| LORRIE FARMER | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| LORRIE FARMER | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TAXPAYER OF | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| HARDING CAROL S | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GARSWAH BLACKTON | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| AURORA JIMENEZ | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ERICA C THOMAS | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DAVID LOPEZ | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| M R JENKINS R E AGENT | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| MR./MRS. WILLIE BRYANT | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JNJ PROPERTY GROUP INC | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JACKS MARTIN MUFFLERS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JACKS MARTEN MUFFLERS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| IRENE ULANSKI | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| LINDA L PRUITT | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GAYTAN PROP SERIES LLC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TAXPAYER OF | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| FELIX REYES | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GLEEN JELKS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ANGELINE NUNZIATO | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| T WHITE | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| MATT & GLORIA OLIVER | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| HENRY WASHINGTON | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| IB1 MANAGEMENT LLC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| L DOBROWSKI | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| CHICAGO OPPORTUNITY 1 | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TALMAN J&G LLC | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GEORGE RISKUS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DANNY E LOZANO | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| HAMODA M MOHAMAD | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| POWELL MARTIN C | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ABIOYE ALATLRE | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ELAINE BATTLES | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| PATRICIA FLOYD | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ALSJ INC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| HOME ACQ INC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| CHRISTOPHER ALEMAN | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ALBINAS BARAUSKAS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| MARIA SANCHEZ | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DERRICK L RILEY | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JUN YI LI | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JASON TETZNER | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| JASON TETZNER | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| OLAIMI AHMAD | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| HELPING HANDS HSE LLC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| GUSTAVO LOPEZ | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| LONNIE BLANTON | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| CHICAGO INN COMPANY | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ALGIRDAS A KRASAUSKAS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| BRIAN JACKSON | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| TYREE ROSS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| LORI LITTLETON | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ADA TATE | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| BARBARA WATKISS | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| M GARDINER | | | | Chicago Lawn | 66 | 1 | Chicago Lawn |
| PTUI INC | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| SECRETARY OF HOUSING & | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| CTLTC 008002359403 | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| ESSIE WILLIAMS | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |
| DINO TSOROTITIS PRAXI | | | Yes | Chicago Lawn | 66 | 1 | Chicago Lawn |