# EXHIBIT 61

| | |
|---|---|
| Message | |
| From: | Amanda Reilly [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A3672033C5FF435B924C29131CD9342A-AREILLY] |
| Sent: | 4/11/2019 8:52:25 PM |
| To: | John (Jack) Swenson [jswenson@lisc.org]; Nicole Wheatly [stepsincconsulting@gmail.com] |
| CC: | Harry Meyer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=76990239e891458e929933fc1dbcf73b-hmeyer] |
| Subject: | Tax Sale Properties |

Good Afternoon Jack & Nicole:

I wanted to reach out to you to find out if there is a way to know what properties are being sold on May 3rd due to unpaid property taxes. Would either of you have access to such information, and how do you think we could we find out who is at risk of losing their homes in our neighborhood?

Thank you!

Amanda Reilly

SWOP_TAX0002531