UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE KIDD and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually, | ) ) ) ) ) ) | Case No. 1:22-cv-7061 |
| Plaintiffs, | ) ) | Hon. Matthew F. Kennelly |
| v. | ) ) | |
| MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund, and COOK COUNTY, ILLINOIS, | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO EXCLUDE
## THE OPINION AND TESTIMONY OF DEFENDANTS' EXPERT RON DEVRIES

Plaintiffs move pursuant to Fed. R. Evid. 401 and 702, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude opinions and testimony of Defendants' proffered expert Ron DeVries for the reasons set forth below and in their supporting memorandum of law filed herewith:

1. Plaintiffs Michelle Kidd and Goyce Rates have moved for class certification. Dkt. 130.

2. In support of that motion, Plaintiffs cited the opinion of their expert witness, Dr. William G. Hamm, as additional, independent support for the reliability of fair cash value estimates generated by the Cook County Assessor's Office using a computer-assisted mass appraisal methodology specifically developed by that office. *Id.* at 18; *see* Dkt. 131-1, Ex. K. (Hamm Report).

1

3. Defendants filed a brief in opposition to class certification and simultaneously moved to exclude Dr. Hamm's expert testimony. Dkt. 138.

4. Defendants' opposition to class certification and admission of Dr. Hamm's testimony relies on the opinion of Defendants' expert witness, Ron DeVries, a traditional fee appraiser. Dkt. 138, at 8, 15 and 20.

5. To be admissible, Mr. DeVries' testimony must be relevant under Fed. R. Evid. 401 and reliable under Fed. R. Evid. 702, as well as *Daubert*, 509 U.S. at 589. In particular, an admissible expert's opinion must rely on the proffered expert's professional qualifications related to the specific matters he opines on, and the expert's opinions must be the product of reliable methods. *Gopalratnam v. Hewlett-Packard Co.*, 877 F.3d 771, 779 (7th Cir. 2017).

6. Mr. DeVries is not qualified to offer the opinions upon which Defendants rely. His claimed expertise is individual, traditional fee appraisals, and he admits to having no relevant experience or knowledge related to computer-assisted mass appraisal systems in general or the Cook County Assessor's particular system.

7. In addition, Mr. DeVries applied no reliable methodology and adhered to no particular set of guiding principles in generating his opinion that the Assessor's estimates of the fair market value of residential property in Cook County are not reliable. Having failed to employ a reliable methodology, his testimony is also inadmissible as irrelevant to determining the reliability of the Assessor's estimates.

WHEREFORE, for the reasons stated herein and in Plaintiffs' supporting memorandum of law, Plaintiffs request that the Court exclude the opinions and testimony of Defendants' expert witness, Ron Devries, relied upon by Defendants in their opposition to class certification and their motion to exclude the opinions of Dr. Hamm. Dkt. 138 at 8, 15, and 20.

Dated: April 14, 2025

                                      Respectfully submitted,

                                      By: /s/ Brian D. Roche
                                          *An Attorney for Plaintiffs*

                                      John Bouman
                                      Lawrence Wood
                                      Daniel Schneider
                                      LEGAL ACTION CHICAGO
                                      120 South LaSalle Street, 10th Floor
                                      Chicago, IL 60603
                                      (312) 341-1070
                                      jbouman@legalactionchicago.org
                                      lwood@legalactionchicago.org
                                      dschneider@legalactionchicago.org

                                      Brian D. Roche
                                      REED SMITH LLP
                                      10 South Wacker Drive
                                      40th Floor
                                      Chicago, IL 60606
                                      (312) 207-6400
                                      broche@reedsmith.com

                                      Charles R. Watkins
                                      GUIN, STOKES & EVANS, LLC
                                      805 Lake Street, #226
                                      Oak Park, IL 60301
                                      (312) 878-8391
                                      charlesw@gseattorneys.com

                                      David J. Guin
                                      GUIN, STOKES & EVANS, LLC
                                      300 Richard Arrington Jr Blvd N., Suite 600
                                      Birmingham, AL 35203
                                      (205) 790-1796
                                      davidg@gseattorneys.com

## **CERTIFICATE OF SERVICE**

      I, Brian D. Roche, an attorney, hereby certify that on April 14, 2025, I caused the above and forgoing document to be served on counsel of record in the above-noted matter via the Court's electronic filing system.

      /s/ Brian D. Roche