UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE KIDD and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually, | Case No. 1:22-cv-7061 |
| Plaintiffs, | Hon. Matthew F. Kennelly |
| v. | |
| MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund, and COOK COUNTY, ILLINOIS, | |
| Defendants. | |

**PLAINTIFFS' REVISED MOTION TO EXCLUDE
THE OPINION AND TESTIMONY OF DEFENDANTS' EXPERT RON DEVRIES**

In its April 17, 2025 minute order (Dkt. 160), the Court struck without prejudice Plaintiffs' motion to exclude the testimony and opinions of Defendants' expert, Mr. Ron DeVries (Dkt. 154). The Court allowed Plaintiffs, at their option, to file a revised motion if it were included within the page limits for their class certification reply memorandum. Plaintiffs hereby refile their motion to exclude. Their argument in support is included in the revised reply memorandum in support of class certification filed this day. Dkt. 161. Accordingly, for the reasons stated therein, Plaintiffs Kidd and Rates move pursuant to Fed. R. Evid. 401 and 702, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude the specific opinions and testimony of Defendants' expert Ron DeVries relied upon by Defendants in their joint memorandum in opposition to class certification, and in support of their motion to exclude the expert reports and testimony of Dr. William Hamm. Dkt. 138 at 8, 15, and 20. Mr. DeVries' referenced opinions are

1

not based on reliable methods and data, and he is not qualified to offer them based on his professional qualifications and experience.

Dated: April 23, 2025

Respectfully submitted,

By: /s/ Brian D. Roche
    *An Attorney for Plaintiffs*

John Bouman
Lawrence Wood
Daniel Schneider
LEGAL ACTION CHICAGO
120 South LaSalle Street, 10th Floor
Chicago, IL 60603
(312) 341-1070
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org

Brian D. Roche
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-6400
broche@reedsmith.com

Charles R. Watkins
GUIN, STOKES & EVANS, LLC
805 Lake Street, #226
Oak Park, IL 60301
(312) 878-8391
charlesw@gseattorneys.com

David J. Guin
GUIN, STOKES & EVANS, LLC
300 Richard Arrington Jr Blvd N., Suite 600
Birmingham, AL 35203
(205) 790-1796
davidg@gseattorneys.com

## **CERTIFICATE OF SERVICE**

      I, Brian D. Roche, an attorney, hereby certify that on April 23, 2025, I caused the above and forgoing document to be served on counsel of record in the above-noted matter via the Court's electronic filing system.

      /s/ Brian D. Roche