## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE KIDD and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually, | ) ) ) ) ) | Case No. 1:22-cv-7061 |
| | ) | |
| Plaintiffs, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund, and COOK COUNTY, ILLINOIS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION BY PLAINTIFFS
## TO RESCHEDULE JUNE 25, 2025 ORAL ARGUMENT

1.     At the May 20, 2025, status hearing, the Court scheduled an in-person oral argument for June 25, 2025.  Dkt. 170.

2.     At the status hearing, the Plaintiffs' counsel, John Bouman, advised the court that the June 25 date was acceptable for Plaintiffs. After the hearing, when Mr. Bouman advised co-lead counsel of the argument date, he learned that there was a conflict with that date.  Mr. Bouman contacted David Morrison, counsel for Defendants, and advised him of the conflict.  The parties then had additional communications to identify a proposed new date for the argument.  Counsel for the parties have identified July 23, 2025 as a proposed date to reschedule the argument.

3.     Counsel for Plaintiffs had not anticipated the Court wishing to schedule an oral argument and thus had not compiled the dates that would work for the Plaintiffs in the coming weeks.  He acknowledges that he should not have informed the Court that June 25, 2025 was

acceptable when he had not yet had a chance to consult with co-counsel who were unable to attend the status and apologizes for the inconvenience this presents to the Court and Defendants.

4.      Defendants' counsel has advised Plaintiffs' counsel that they do not oppose this motion to reschedule the oral argument to July 23, 2025.

Respectfully submitted,

Dated: May 21, 2025

By: /s/ Brian D. Roche
An Attorney for Plaintiffs

John Bouman
Lawrence Wood
Daniel Schneider
LEGAL ACTION CHICAGO
120 South LaSalle Street, 10th Floor
Chicago, IL 60603
(312) 341-1070
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org

Brian D. Roche
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-6400
broche@reedsmith.com

Charles R. Watkins
GUIN & EVANS, LLC
805 Lake Street, #226
Oak Park, IL 60301
(312) 878-8391
charlesw@guinevans.com

David J. Guin
GUIN & EVANS, LLC
P.O. Box 380723
Birmingham, AL 35238
205-527-1582
davidg@guinevans.com

## **CERTIFICATE OF SERVICE**

I, Brian D. Roche, an attorney, hereby certify that on May 21, 2025, I caused the above and forgoing document to be served on counsel of record in the above-noted matter via the Court's electronic filing system.

/s/ Brian D. Roche