**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE KIDD and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually, | ) ) ) ) ) | |
| | ) | Case No. 1:22-cv-07061 |
| Plaintiffs, | ) ) | |
| | ) | Hon. Matthew F. Kennelly |
| vs. | ) ) | |
| MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund; and COOK COUNTY, ILLINOIS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Defendants Cook County and Maria Pappas, in her capacity as Treasurer of Cook County and Trustee of the Indemnity Fund ("Defendants"), respectfully move that the Court grant them leave to file a supplemental authority, *Sikorsky v. City of Newburgh, New York*, 136 F.4th 56 (2d Cir. 2025), in support of their Motion for Summary Judgment (ECF No. 132). In support thereof, Defendants state as follows:

1.    Defendants' Motion for Summary Judgment argues that Plaintiffs cannot prevail on their Fifth Amendment takings claim because of the Indemnity Fund procedures available to divested property owners in Illinois. *See* Defendants' Memorandum of Law in Support of Motion for Summary Judgment (ECF No. 133 at 19-21).

2.      The Second Circuit's opinion in *Sikorsky* addresses whether a plaintiff may pursue a Fifth Amendment takings claim when state law provides a procedure to recover excess equity in a property lost due to a failure to pay property taxes. *Sikorsky*, 136 F.4th at 60-61.

3.      Defendants filed their Combined Reply in Support of Motion for Summary Judgement and in Opposition to Plaintiff's Motion for Partial Summary Judgment ("Reply") (ECF No. 157) on April 14, 2025.

4.      Defendants could not have cited the *Sikorsky* decision at the time of the filing of their Reply brief on April 14, 2025, because the Second Circuit's decision in *Sikorsky* was issued on May 2, 2025.

WHEREFORE, Defendants respectfully request that they be granted leave to file this supplemental authority.

Dated:  June 18, 2025

Respectfully submitted,

EILEEN O'NEILL BURKE
Cook County State's Attorney

By  /s/ Kenneth S. Ulrich
Special Assistant State's Attorney

Kenneth S. Ulrich
David E. Morrison
Rachel C. Steiner
Kerry D. Nelson
Kyle W. Walther
Special Assistant State's Attorneys
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois   60603
(312) 201-4000
kenneth.ulrich@goldbergkohn.com
david.morrison@goldbergkohn.com
rachel.steiner@goldbergkohn.com
kerry.nelson@goldbergkohn.com
kyle.walther@goldbergkohn.com

-and-

Megan Honingford
Anthony O'Brien
Prathima Yeddanapudi
Michael Gilmartin
Michael Clarke
Karisa Flores
Assistant State's Attorneys
COOK COUNTY STATE'S
  ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-3116
megan.honingford@cookcountysao.org
anthony.obrien@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org
michael.gilmartin@cookcountysao.org
michael.clarke@cookcountysao.org
karisa.flores@cookcountysao.org

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 18, 2025, he caused a copy of

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** to be

served via the Court's ECF/electronic mailing system upon the following counsel of record:

Brian D. Roche
William S. Weltman
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, Illinois 60606
broche@reedsmith.com
wweltman@reedsmith.com

Charles R. Watkins
GUIN, STOKES & EVANS, LLC
805 Lake Street, #226
Oak Park, Illinois 60301
charlesw@gseattorneys.com

David J. Guin (admitted *pro hac vice*)
GUIN, STOKES & EVANS, LLC
300 Richard Arrington, Jr. Boulevard North, Suite 600
Birmingham, Alabama 35203
davidg@gseattorneys.com

John M. Bouman
Lawrence D. Wood
Daniel J. Schneider
LEGAL ACTION CHICAGO
120 South LaSalle Street, 9th Floor
Chicago, Illinois 60603
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org


/s/ Kenneth S. Ulrich
Special Assistant State's Attorney