**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHELLE KIDD and GOYCE H.          )
RATES, individually and on behalf of all )
others similarly situated; SOUTHWEST )
ORGANIZING PROJECT and              )
PALENQUE LSNA, individually,        )
                                    )          Case No. 1:22-cv-07061
            Plaintiffs,             )
                                    )          Hon. Matthew F. Kennelly
        vs.                         )
                                    )
MARIA PAPPAS, in her capacity as    )
Treasurer of Cook County, Illinois, and )
Trustee of the Indemnity Fund; and  )
COOK COUNTY, ILLINOIS,              )
                                    )
            Defendants.             )

**DEFENDANT MARIA PAPPAS' NOTICE OF APPEAL**

Defendant Maria Pappas, in her capacity as Treasurer of Cook County and Trustee of the

Indemnity Fund ("Treasurer Pappas"), hereby gives notice of her appeal to the United States Court

of Appeals for the Seventh Circuit from this Court's December 8, 2025 Memorandum Opinion

and Order on the parties' motions for summary judgment (ECF No. 198), which denied Eleventh

Amendment sovereign immunity to Treasurer Pappas. Denials of Eleventh Amendment sovereign

immunity are appealable under the collateral order doctrine. *Puerto Rico Aqueduct & Sewer Auth.

v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 147 (1993). *See also McDonough Assocs., Inc. v. Grunloh*,

722 F.3d 1043, 1048 (7th Cir. 2013) ("district court decisions rejecting state claims of sovereign

immunity under the Eleventh Amendment are immediately reviewable under 28 U.S.C. § 1291 as

final decisions pursuant to the collateral order doctrine.").

4898-5445-7477

Dated:  January 6, 2026

                               Respectfully submitted,

                               EILEEN O'NEILL BURKE
                               Cook County State's Attorney


                               By  /s/ Kenneth S. Ulrich
                                    Special Assistant State's Attorney

Kenneth S. Ulrich
David E. Morrison
Rachel C. Steiner
Kerry D. Nelson
Kyle W. Walther
Special Assistant State's Attorneys
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois   60603
(312) 201-4000
kenneth.ulrich@goldbergkohn.com
david.morrison@goldbergkohn.com
rachel.steiner@goldbergkohn.com
kerry.nelson@goldbergkohn.com
kyle.walther@goldbergkohn.com

-and-

Megan Honingford
Anthony O'Brien
Prathima Yeddanapudi
Michael Gilmartin
Michael Clarke
Karisa Flores
Assistant State's Attorneys
COOK COUNTY STATE'S
  ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-3116
megan.honingford@cookcountysao.org

-3-

anthony.obrien@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org
michael.gilmartin@cookcountysao.org
michael.clarke@cookcountysao.org
karisa.flores@cookcountysao.org

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on January 6, 2026, he caused a copy of

**DEFENDANT MARIA PAPPAS' NOTICE OF APPEAL** to be served via the Court's

ECF/electronic mailing system upon the following counsel of record:

Brian D. Roche
William S. Weltman
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, Illinois  60606
broche@reedsmith.com
wweltman@reedsmith.com

Charles R. Watkins
GUIN, STOKES & EVANS, LLC
805 Lake Street, #226
Oak Park, Illinois  60301
charlesw@gseattorneys.com

David J. Guin (admitted *pro hac vice*)
GUIN, STOKES & EVANS, LLC
300 Richard Arrington, Jr. Boulevard North, Suite 600
Birmingham, Alabama  35203
davidg@gseattorneys.com

John M. Bouman
Lawrence D. Wood
Daniel J. Schneider
LEGAL ACTION CHICAGO
120 South LaSalle Street, 9th Floor
Chicago, Illinois  60603
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org

/s/ Kenneth S. Ulrich
Special Assistant State's Attorney