**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE KIDD and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually, | ) ) ) ) ) | |
| | ) | Case No. 1:22-cv-07061 |
| Plaintiffs, | ) ) | |
| | ) | Hon. Matthew F. Kennelly |
| vs. | ) ) | |
| MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund; and COOK COUNTY, ILLINOIS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PRE-TRIAL ORDER**

Plaintiffs and Defendant Cook County hereby submit their joint pre-trial order for the bench trial scheduled for April 7, 2026.

**PLAINTIFFS' WITNESS LIST AND DEFENDANT'S OBJECTIONS**

| Plaintiffs' Witness | Defendant's Objection |
|---|---|
| James Thompson (will call)<br><br>Cook County President's office | No objection |
| Justin Kirvan (will call)<br><br>Treasurer's office | No objection |
| Maria Pappas (may call)<br><br>Treasurer | Objection as to need for witness to testify other than as necessary to lay foundation for an exhibit if the Parties cannot agree to foundational issues in advance; cumulative, lack of foundation, undue burden and harassment; exhaustion of alternatives; apex doctrine.<br><br>Objection to calling Treasurer Pappas as the claims against the Treasurer are stayed based on the appeal pending in the Seventh Circuit (No. 26-1027). |
| Todd Lighty (may call)<br><br>Treasurer's office | Objection as to need for witness to testify other than as necessary to lay foundation for an exhibit if the Parties cannot agree to foundational issues in advance. |
| Raymond Gottner (may call)<br><br>Assessor's Office | Objection as to need for witness to testify other than as necessary to lay foundation for an exhibit if the Parties cannot agree to foundational issues in advance. |
| Bridget Gainer (may call)<br><br>Cook County Commissioner | Objection as to need for witness to testify other than as necessary to lay foundation for an exhibit if the Parties cannot agree to foundational issues in advance.<br><br>Objection as Plaintiffs failed to disclose Commissioner Gainer as an individual likely to have discoverable information that Plaintiffs may use to support their claims in either their July 26, 2023 initial disclosures, or their February 8, 2024 initial disclosures; cumulative, lack of foundation, undue burden and harassment; exhaustion of alternatives; apex doctrine. |
| Guadelupe Garcia (may call)<br><br>Cook County Clerk's office | Objection as to need for witness to testify other than as necessary to lay foundation for an exhibit if the Parties cannot agree to foundational issues in advance. |

| Plaintiffs' Witness | Defendant's Objection |
|---|---|
| William Hamm (may call)<br><br>Expert witness | Objection as to need for witness to testify other than as necessary to lay foundation for an exhibit if the Parties cannot agree to foundational issues in advance; objection on FRE 402, 403 and outside the scope of trial that is limited to determining Defendant's *Monell* liability. |
| Hal Dardick (may call)<br><br>Treasurer's office | Objection as to need for witness to testify other than as necessary to lay foundation for an exhibit if the Parties cannot agree to foundational issues in advance. |
| Michelle Kidd (may call)<br><br>Plaintiff | No objection |

## DEFENDANT'S WITNESS LIST AND PLAINTIFFS' OBJECTIONS

| Defendant's Witness | Plaintiffs' Objection |
|---|---|
| Justin Kirvan (will call)<br><br>Treasurer's office | No objection |
| James Thompson (will call)<br><br>Cook County President's office | No objection |
| Ron DeVries (may call)<br><br>Expert | Defendant has not made any expert disclosure of an opinion by Mr. DeVries that is relevant to the notice issue that is the subject of the April 7, 2026 trial. Accordingly, Plaintiffs object based on FRE 402, 702, 703, and FRCP 26(a)(2). |
| Raymond Gottner (may call)<br><br>Assessor's office | No objection |
| Michelle Kidd (may call)<br><br>Plaintiff | No objection |
| Bridget Gainer (may call)<br><br>Cook County Commissioner | No objection |

| Defendant's Witness | Plaintiffs' Objection |
|---|---|
| Kelly Karvelis (may call)<br><br>Treasurer's office | Reserving objections to the extent they call Ms. Karvelis to provide testimony on the law, or any advice or opinion to any defendant, when Defendant has withheld material in discovery on the same topic on a claim of privilege. |
| Hal Dardick (may call)<br><br>Treasurer's office | No objection |

## PLAINTIFFS' LIST OF EXHIBITS WITH DEFENDANT'S OBJECTIONS

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 2 | Dkt. 134-7, Exhibit G and COUNTY 006901-6963 | Kirvan Summary Judgment Declaration re Indemnity Fund | | FRE 402, FRE 403 FRE 802 | | | |
| PX 3 | Dkt. 134 | Defendant Summary Judgment Statement of Facts | | FRE 402, FRE 403 | | | |
| PX 4 | Dkt. 66 | County Answer | | FRE 402, FRE 403 | | | |
| PX 5 | Dkt. 65 | Treasurer Answer | | FRE 402, FRE 403 FRE 802 | | | |
| PX 6 | Dkt. 156 | Defendants' response to Pl's 56.1 Statement of Material Facts | | FRE 106 FRE 402 FRE 403 | | | |
| PX 7 | COUNTY_008922 | Treasurer CFO 12/28/23 Indemnity Fund Report Letter | | | | | |
| PX 8 | COUNTY_013863 | Treasurer CFO 12/29/22 Indemnity Fund Report Letter | | | | | |
| PX 9 | COUNTY_010167 | Treasurer CFO 12/28/21 Indemnity Fund Report Letter | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---------|----------------------------------------|---------------------|------------|-----------|---------|----------|--------------|
| PX 10 | COUNTY_013969 | Treasurer CFO 12/28/20 Indemnity Fund Report Letter | | | | | |
| PX 11 | COUNTY_014044 | Treasurer CFO 12/27/19 Indemnity Fund Report Letter | | | | | |
| PX 12 | COUNTY_009235-6 | Treasurer Office emailed summary of IF cases as of 2020 to consultant | | | | | |
| PX 13 | CLERK_003727, attached to email at CLERK_003725 | 2023 Powerpoint describing movement towards integrated tax sale system / source of information | | FRE 402, FRE 403 FRE 901 | | | |
| PX 14 | COUNTY_013891 | Aug. 2023 Treasurer Publication: How the Illinois Property Tax System Works | | | | | |
| PX 15 | COUNTY_014142, COUNTY_014143 | Email and attachment, Aug. 2018 and re-forwarded Sept. 2022, analysis of indemnity fund payees | | FRE 402 FRE 403 | | | |
| PX 16 | COUNTY_016228-39 | Email thread and attachment from 2017 describing redemption payments and indemnity fund | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---------|------|------|------|------|------|------|------|
| PX 17 | COUNTY_016658 | Describing analysis of indemnity fund and tax deeds from 2015-2022 | | | | | |
| PX 18 | COUNTY_018812 | Memo to Cook County President's Office (including Jim Thompson), Land Bank Authority and Treasurer re: Background for discussion of "Maps of Inequality" Report, Aug. 30, 2022 | | | | | |
| PX 19 | COUNTY_018922 | 2021 Annual Tax Sale (to begin Jan. 9, 2024) Registration Materials, Rules & Regulations (produced from Jim Thompson's files) | | | | | |
| PX 20 | COUNTY_019576 | December 14, 2022 Byrnes to Tyrner et al re: Treasurer's Legislative Initiatives on scavenger sale, sale in error, tax sale interest rates | | FRE 802 | | | |
| PX 21 | COUNTY_016457, COUNTY_016458 | Jan. 10, 2024 Email from Justin Kirvan to Jim Thompson on Tyler and attached CCP white paper noting that tax deed process can result in equity loss | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | | (Reimagine Delinquent Property Tax Enforcement) | | | | | |
| PX 22 | COUNTY_017891 | 12.20.23 Cook County Treasurer research study on "equity return after sale in tax deed states" | | | | | |
| PX 23 | https://opendocs.cookcountyil.gov/inspector-general/public-statements/Public_Release_IIG19-0567_(Cook_County_Land_Bank_Authority).pdf | Oct. 29, 2020 OIG Report emailed to Preckwinkle | | FRE 402, FRE 403 | | | |
| PX 24 | Exhibit to Motion for Class Cert. (Dkt. 131-1) Pages 34-41 and Exhibits 6 and 7, plus additional pages as necessary for foundation and background for exhibits | Hamm Expert Report, Oct. 14, 2024 | | FRE 402, FRE 403 FRE 802 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 25 | COUNTY_018135 (email) | Nov. 21, 2022 Email to Treasurer Pappas re: Better Government Association (a/k/a Illinois Answers) story on tax sale evictions | | FRE 402, FRE 403<br><br>FRE 802 | | | |
| PX 26 | 008189 (no title associated) | Clerk spreadsheet of tax deeds (unedited) | | | | | |
| PX 27 | CLERK_005775 | Supplemental spreadsheet of tax deeds #1 (unedited) | | | | | |
| PX 28 | David Morrison email 8.10.25 (no Bates number) | Supplemental spreadsheet of tax deeds #2 (post class cert) | | FRE 402, FRE 403 | | | |
| PX 29 | 008189 (modified) | Clerk spreadsheet of tax deeds (internal bates numbers added) | | FRE 901 | | | |
| PX 30 | GS845500000003 | Assessor 2020 AVs as of date of tax deed | | FRE 402, FRE 403 | | | |
| PX 31 | GS845500000004 | Assessor 2021 AVs as of date of tax deed | | FRE 402, FRE 403 | | | |
| PX 32 | GS845500000005 | Assessor 2022 AVs as of date of tax deed | | FRE 402, FRE 403 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---------|------------------------------------------|---------------------|------------|-----------|---------|----------|--------------|
| PX 33 | GS845500000006 | Assessor 2023 AVs as of date of tax deed | | FRE 402, FRE 403 | | | |
| PX 34 | COUNTY_008339 | Cook County Assessment PowerPoint | | FRE 402, FRE 403 | | | |
| PX 35 | Ex. O to Class Cert, Ex. 5 to Gottner Dep., Dkt. 131-1 at 417-440 | Assessor AVM Valuation Model | | FRE 402, FRE 403 | | | |
| PX 36 | COUNTY_018022 | Appraisal Foundation standard on AVMs, 2018 | | FRE 402, FRE 403 FRE 802 FRE 901 | | | |
| PX 37 | Ex. Q to Class Cert, Dkt. 131-1 at 481 | Uniform Standards of Professional Appraisal Practice, 2024 | | FRE 402, FRE 403 FRE 802 FRE 901 | | | |
| PX 38 | Ex. R to Class Cert, Dkt. 131-1 at 486 | 2019 Cook County Sales Ratio study, speaks to accuracy of Assessor figures and quality of assessment methodology | | FRE 402, FRE 403 FRE 802 FRE 901 | | | |
| PX 39 | COUNTY_014559 | Jan 17, 2023 Official Memo from Rita Jefferson | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | | (Treasurer's Office) to rest of Treasurer team | | | | | |
| PX 40 | https://bit.ly/3EgYua2 | July 2, 2024 Cook County Tax Rate Report | | FRE 402, FRE 403 | | | |
| PX 41 | Ex. U to Class Cert Reply, dkt. 161-1; see also COUNTY_007695 | Treasurer Pappas Scavenger Sale Study | | FRE 402, FRE 403 | | | |
| PX 42 | https://www.cookcountylandbank.org/wp-content/uploads/2014/09/121171-ULI-CC-Land-Bank-TAP.pdf | Cook County Land Bank TAP Report (10.23-24.12) | | FRE 402, FRE 403 FRE 901 | | | |
| PX 43 | https://www.cookcountyil.gov/news/president-preckwinkle-and-commissioner-gainer-introduce-ordinance-creating-cook-county-land | Press Release on intro of Cook County Land Bank Ordinance | | FRE 402, FRE 403 FRE 802 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 44 | https://www.cookcountyil.gov/news/cook-county-board-creates-land-bank | Press Release on Cook County Land Bank Authority ordinance passage | | FRE 402, FRE 403 FRE 802 | | | |
| PX 45 | Modified version of Ex. 37 to Plaintiffs SOF ISO SJ (dkt. 144-5); Ex. W to Plaintiffs' Reply ISO Class Cert (dkt. 161-3) in Plaintiffs' possession | Schneider Affidavit on Indemnity Fund Files | | FRE 402, FRE 403 FRE 602 FRE 701, FRE 704 FRE 802 FRE 901 | | | |
| PX 46 | CLERK_PIC000001-002211 | Collection of all judgment book photos | | | | | |
| PX 47 | Exhibits 18, 52, 53, 54, 84, 85 to Plaintiffs' SOF ISO SJ (dkts. 143-3, 146-3, 146-4, 146-5, 149-5, 149-6) plus several additional affidavits created for evidentiary purposes contemporaneously | Collection of all judgment book photo-taker affidavits from 2024 judgment book copying sessions | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | with judgment book photo-taking, all in Plaintiffs' possession | | | | | | |
| PX 48 | CLERKPIC_1918 | Kidd Judgment Book Image | | | | | |
| PX 49 | CLERKPIC_1922 | Rates Judgment Book Image | | | | | |
| PX 50 | https://www.idaillinois.org/digital/collection/isl/id/35135 | Delinquent Tax Sales: A Report to the Illinois General Assembly (September 1976) | | FRE 402, FRE 403 | | | |
| PX 51 | COUNTY_009641, COUNTY_009664 | Treasurer's office Oct. 11, 2022 email re: Andrew W. Kahrl Aug. 2015 paper on history of tax sales nationwide, including in Illinois, with the paper attached | | FRE 402, FRE 403, FRE 802, FRE 901 | | | |
| PX 52 | https://www.npr.org/local/2019/05/03/719971654/cook-county-makes-millions-by-selling-property-tax-debt-but-at-what-cost | May 3, 2019 Article that quotes Treasurer's office: "Cook County Makes Millions By Selling Property Tax Debt — But At What Cost?" | | FRE 402, FRE 403 FRE 802 FRE 901 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---------|------|------|------|------|------|------|------|
| PX 53 | https://via.library.depaul.edu/cgi/viewcontent.cgi?article=3006&context=law-review | 1969 L. Rev. article: "Revenue and Taxation – Collection of Delinquent Real Estate Taxes – Legislating Protection of the Delinquent Property Owner in an Era of Super-Marketable Tax Titles" | | FRE 402, FRE 403 FRE 802 FRE 901 | | | |
| PX 54 | https://advance.lexis.com/api/document?collection=cases&id=urn:contentItem:3S9J-WK70-0039-41H7-00000-00&context=100516 | Watson v. Rosewell (In re County Collector), 295 Ill. App. 3d 711 (1st Dist. 1998) | | FRE 402 FRE 403 FRE 901 | | | |
| PX 55 | https://advance.lexis.com/api/document?collection=cases&id=urn:contentItem:4FN7-BY20-TVTV-6224-00000-00&context=100516 | Lakefront Plumbing & Heating v. Pappas, 356 Ill. App. 3d 343 (1st Dist. 2005) | | FRE 402 FRE 403 FRE 901 | | | |
| PX 56 | https://advance.lexis.com/api/document?id=urn:contentIte | Hedrick v. Bathon, 319 Ill. App 3d 599 (5th Dist. 2001) | | FRE 402 FRE 403 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | m:42V1-40H0-0039-40D8-00000-00&idtype=PID&context=1000516 | | | FRE 901 | | | |
| PX 57 | https://advance.lexis.com/api/document?collection=cases&id=urn:contentItem:4M3B-SSH0-TVTV-6328-00000-00&context=1000516 | Malmloff v. County Treasurer, 367 Ill. App. 3d 760 (3rd Dist. 2006) | | FRE 402 FRE 403 FRE 901 | | | |
| PX 58 | COUNTY_007756-7798 | October 2022, "How Wealthy Investors Are Making Millions Exploiting Illinois Property Tax Law, Maria Pappas" | | | | | |
| PX 59 | https://vimeo.com/444333920?turnstile=0.6COIBOVMY4jg8xepKVWCfc72ASnpaqIMpFH2-AoCCTreQgm6AL8Ehjrws21VSGj3pz412WgMilWzYAd42t1FhImnqOUe27 | Treasurer interview, Aug. 3, 2020 "Pappas and Cundari talk about property taxes" | | FRE 402 FRE 403 FRE 802 FRE 901 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | eKetWD2DHA3F5 qbBc4AdLJSb2Spn yOY9ApAgMEwU L6uRLqolZDQUJI vB5acXDmtEv0Ka IuffrCmykaWwAej 3_abluZ9wcg2SnJx NPNM-G-Vn1LtJKfVqHcrG CXbsCIxNu1c7rL AMWHhJPpJ6DIfo uRolXHZaf8rq3BG 3kNviYXysxwMQ 6wkPa4ZcWTQX4 SYzXUOlXgciboxI 7tvV_o6340xEWK zJR52-V0IZwCBoAF3IsaI G5LOqlVhShMgJn pwiiEKYEUn_Ob VN88rHVRH26d6 6blregWtNEm5lTZ dAnimqylkZtS3zX KKDkTn8paUN7V flamvzwqeV2j8ZM oS_9lpFxhz5ZzQU 9YrPMdzbKuqtgR wmnzzkD_7TLKk A66RRgTRXxkGp | | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---------|---------------------------------------|---------------------|------------|-----------|---------|----------|--------------|
| | ZdaFAM1kjShKZ6 nq_jMCWxvN8Ts8 iMjfULnV_dKPnd SU6BIEB8oupm44 QDmXY3PpfNQH GHKhwSfID- abQUGIVCBV2- SVePzUaV8VOIIH 3G2aIs8llWsmaHo wIdC_NeM22Xbgy hRNDjfJauPq6pq5 Th4UzE5KKmkMx uEQkCI1VctxIsxz AgVmk6EAOHAN UWhtuuB- h5e4szicTRZAFm YBUsfiEUq5VOx_ uSuYgwCsgAz1q9 hpor76Zk8pvnThLf DcxfEpVx_sWLEC VBqJocblJOSh4IGI yuOwaD3HKScZC H4EXozgDCYMw eYWiG5xeyHD- G3f8I9LwdrJucOh NGrafBWt76DWN F1numRGQDoG7 VKm2y6uUxoRDU HMtb9CtCGaUTM | | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | NT8tmiEFX0dzY1 HK0ECGOTtGdG C_VxBO_wcoc1K 4AjaOxVdZZBcI_x sfKmJUkeSBOCM zuKGC6svbJGSe5 K0najL.3Ofrqr80A ArCMVw2iXr_5g.a d81dbe427e46ae4c 994a149e01acbdb4 4d994b0251e56765 d4d0f33463b2692 | | | | | | |
| PX 60 | https://www.cookco untytreasurer.com/n ewsarticle.asEX?art icleid=878 | Feb. 24, 2020 PR from Pappas with her and others asking for more time for paying delinquent taxes | | FRE 402 FRE 403 FRE 802 | | | |
| PX 61 | https://www.cbsne ws.com/chicago/ne ws/property-taxes- chicago-public- sale/ | Apr. 17, 2019 CBS story with quote from Treasurer's office | | FRE 402, FRE 403 FRE 802 | | | |
| PX 62 | https://abc7chicago. com/post/newsview s-unpaid-tax-bills- could-cause- problems-for-cook- county-property- | Interview with Treasurer Pappas related to the tax sale, Apr. 29, 2018 | | FRE 402, FRE 403 FRE 802 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | owners/3402517/?userab=abcn_du_cat_topic_feature_holdout-474*variant_b_redesign-1939%2Cabcn_popular_reads_exp-497*variant_b_7days_filter-2077%2Cabcn_ad_cadence-481*test-b-1963%2Cabcn_news_for_you_exp-496*variant_b_test-2075 | | | | | | |
| PX 63 | https://cook-county.legistar.com/LegislationDetail.asEX?ID=7290755&GUID=80D034A3-1315-43AE-9095-792552BFBA97&Options=&Search=&FullText=1 | 2025 Resolution re: Homeowner Relief Fund | | FRE 402, FRE 403 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 64 | https://cook-county.legistar.com /LegislationDetail.a sEX?GUID=CC734 B94-3A5B-4415-AE62-209A5759D2A8&I D=6804640&Optio ns=&Search=&utm _source=chatgpt.co m&FullText=1 | Jul. 25, 2024 2024 Resolution Creating Homeowner Relief Fund | | FRE 402, FRE 403 | | | |
| PX 65 | board-of-commissioners-2024-09-19-minutes.pdf | Journal of Proceedings, Sept. 19, 2024 | | FRE 402, FRE 403 | | | |
| PX 66 | https://www.cookco untyil.gov/news/co ok-county-launches-15-million-homeowner-relief-fund-address-rising-property-taxes | Press Release Announcing Relief Fund, Sept. 2025 | | FRE 402, FRE 403 FRE 802 | | | |
| PX 67 | COUNTY_009235, COUNTY_009236 | Email to Thomas Corfman and attached Memo: Preliminary Analysis of | | | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | | Indemnity Fund Cases, sent Nov. 8, 2020 | | | | | |
| PX 68 | COUNTY_014474 | Summary of datasets of Indemnity Fund payouts and orders held | | | | | |
| PX 69 | COUNTY_010655 | July 11, 2022 Treasurer Study on property taxes in Cook County, "Maps of Inequality" | | | | | |
| PX 70 | https://www.naco.org/articles/cook-county-treasurer-helps-refund-millions | Apr. 12, 2021 National Association of Counties article on Black and Latino Houses Matter, "Cook County Treasurer Helps Refund Millions" | | FRE 402, FRE 403 FRE 802 FRE 901 | | | |
| PX 71 | https://www.cookcountytreasurer.com/newsarticle.asEX?articleid=1582 | June 9, 2022 Treasurer Press Release on Sixth Black and Latino Houses Matter phone bank | | FRE 402, FRE 403 FRE 802 | | | |
| PX 72 | Ex. P to Class Cert, Dkt. 131-1 at 441 | Mar. 3, 2021 Assessor Blog Post on "Our progress on ethics, fairness, and transparency in assessments - and a look ahead at 2021" | | FRE 402, FRE 403 FRE 802 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 73 | https://www.cookcountytreasurer.com/newsarticle.asEX?articleid=759 | Pappas: 57,000 Property Owners Are Running Out of Time to Pay Nearly $190 Million in Delinquent Taxes to Avoid Sale | | FRE 402, FRE 403 FRE 802 | | | |
| PX 74 | Dkt. 221 | Scope of Trial Memorandum Feb. 13, 2026 | | FRE 402 FRE 403 | | | |
| EX 75 | https://www.cookcountyil.gov/sites/g/files/ywwepo161/files/documents/2023-10/Property%20Taxes%20in%20Cook%20County%20-%20Introduction%20to%20Reform_0.pdf | Property Taxes in Cook County: Introduction to Reform | | | | | |
| PX 76 | COUNTY_014319-20 | Letter from Pappas to Senate President Harmon and Speaker Welch, Jan. 2, 2023 Re Indemnity Fund legislation | | FRE 106 | | | |
| EX 77 | COUNTY_016082-83 | Kirvan email to Palmer, et al, , Dec. 8, 2023, re limits of indemnity fund to restore equity | | FRE 802 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 78 | COUNTY_016205-06 | Kirvan email to Kreis et al, Feb. 6, 2024, re proposed legislation on Tax Deeds and Equity Payments | | | | | |
| PX 79 | COUNTY_016387-96 | Kirvan email to Kachoris et al, Mar. 8, 2024, with outline of Kirvan concerns re HB 4794 | | | | | |
| PX 80 | COUNTY_016185-89 | Kirvan email with testimony re SB 3996 Apr. 17, 2024 | | | | | |
| PX 81 | https://news.wttw.com/2017/04/04/why-did-state-lawmakers-approve-cook-county-tax-sale-law | WTTW Report: Why Did State Lawmakers Approve of Cook County Tax Sale Law? | | FRE 402 FRE 403 FRE 802 FRE 901 | | | |
| PX 82 | https://news.wttw.com/2017/04/03/delinquent-taxpayers-face-ballooning-interest-payments-cook-county | 20178 WTTW Report on Tax Sale System quoting B. Gainer | | FRE 402 FRE 403 FRE 802 FRE 901 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 83 | | FRE 1006 compilation of tax deed, tax debt and assessed value data | | FRE 901 | | | |
| PX 84 | | Chicago Tribune Aug. 17, 2021 Treasurer's report shows: "An eternally broken system" | | FRE 402 FRE 403 FRE 802 FRE 901 | | | |
| PX 85 | 35 ILCS 200/22-10 | Notice of expiration of period of redemption sent to homeowner | | FRE 402 FRE 403 | | | |
| PX 86 | 35 ILCS 200/21-305 | Indemnity fund statute | | FRE 402 FRE 403 | | | |
| PX 87 | COUNTY_015358-61 | Kirvan Proposed 2023 Policy Agenda | | | | | |
| PX 88 | | Chicago Tribune, Sep.17, 2024, article by B. Gainer on property tax reform | | FRE 402, FRE 403 | | | |
| PX 89 | | Chicago Tribune, Oct. 6, 2025, article by Toni Preckwinkle and B. Gainer on preserving home ownership | | FRE 402, FRE 403 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 90 | Cited by Court at Dkt. 198 at p. 32 n.3<br><br>https://www.cookcountyassessoril.gov/assessor-property-details | Assessor Website: Find out more information about your property.<br><br>Exhibit includes URL page and this language which appears when selecting the third and fourth bullets:<br><br>"Assessments, under Illinois law, should fairly reflect market values."<br><br>"The estimated market value is what the Assessor's Office believes a property is worth in the current real estate market. The assessed value is the amount used to calculate your property taxes. For residential property, this is usually 10% of the estimated market value. For commercial property, this is typically 25% of the estimated market value." | | No objection provided that PX 90 is limited to the specific page/URL listed, and does not encompass the entire Assessor Website. Otherwise, objection based on FRE 402, FRE 403 | | | |
| PX 91 | Gottner Dep. Ex. 4 | Assessor Website: How Residential Property Is Valued | | FRE 402, FRE 403 | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| PX 92 | COUNTY_ 020108-123 Thompson Dep. Ex. 15 | Equity Return After Tax Sale Custodian: Dardick Author: Silber February 2023 | | | | | |
| PX 93 | | Defendant Maria Pappas's Answers And Objections To Plaintiffs' First Set Of Interrogatories Oct. 10, 2023, including any supplemental Answers and Objections thereto. | | Defendant Maria Pappas's answers and supplemental answers are subject to objections, which are not waived | | | |
| PX 94 | | Defendant Cook County's Answers And Objections To Plaintiffs' First Set Of Interrogatories Nov. 22, 2023, including any supplemental Answers and Objections thereto. | | Defendant Cook County's answers and supplemental answers are subject to objections, which are not waived. | | | |

| Ex. No. | Bates Label/ Dep. Exhibit Number/ Link | Document Description | Stipulated | Objection | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | | Plaintiffs also reserve the right to use demonstrative exhibits | | | | | |
| | | Any documents, including, but not limited to, all deposition transcripts and exhibits, hearing transcripts, motions, pleadings, or other prior statements of, or on behalf of any of, any witnesses called by any party in this proceeding to be used for impeachment purposes and/or as prior inconsistent statements or admissions | | | | | |

## DEFENDANT'S LIST OF EXHIBITS WITH PLAINTIFFS' OBJECTIONS

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|----------------------|------------|-----------------|---------|----------|--------------|
| DX 1 | COUNTY_014046 - COUNTY_014048 | December 27, 2019, letter from A. Jatico to A. Rizki, copying B. Kouruklis and L. Wilson, re: Indemnity Fund | | | | | |
| DX 2 | COUNTY_013971 - COUNTY_013973 | December 28, 2020, letter from A. Jatico to A. Rizki, copying B. Kouruklis and L. Wilson, re: Indemnity Fund | | | | | |
| DX 3 | COUNTY_014053 - COUNTY_014054 | December 28, 2021, letter from A. Jatico to A. Rizki, copying B. Kouruklis and L. Wilson, re: Indemnity Fund | | | | | |
| DX 4 | COUNTY_014060 - COUNTY_014061 | December 29, 2022, letter from A. Jatico to L. Wilson, copying D. Byrnes, re: Indemnity Fund | | | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|---------------------|------------|-----------------|---------|----------|--------------|
| DX 5 | COUNTY_014031 - COUNTY_014032 | December 28, 2023, letter from A. Jatico to T. Anthony, copying D. Byrnes, re: Indemnity Fund | | | | | |
| DX 6 | COUNTY_014474 - COUNTY_014477 | January 12, 2023  Indemnity Fund Methods Memo  **Custodian** H. Dardick  **Author** R. Jefferson | | FRE 802, 901 | | | |
| DX 7 | [withdrawn] | | | | | | |
| DX 8 | COUNTY_018812 - COUNTY_018831  J. Thompson Dep Ex. 4 | August 30, 2022, Memo from H. Dardick and CCTO Research Staff to Cook County President's Office, Land Bank Authority and Treasurer's Office re: Background for Further Discussion of "Maps of Inequality" Recommendations | | | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| DX 9 | COUNTY_018851 - COUNTY_018903<br><br>J. Thompson Dep Ex. 13 | October 2022, Reimagine Delinquent Property Tax Enforcement How to Reduce Vacancy, Advance Racial Equity, and Improve Public Services, Center for Community Progress | | FRE 802 | | | |
| DX 10 | COUNTY_014627 - COUNTY_014637 | December 20, 2022, email chain from H. Dardick to J. Thompson re: Updated Property Tax Legislative Proposal + attachment[1] | | FRE 402 | | | |
| DX 11 | COUNTY_019077 - COUNTY_019117<br><br>J. Thompson Dep Ex. 7 | December 21, 2022, email chain from J. Thompson to S. Watkins, L. Leanos, and E. Hernandez re: Chicago Bar Association Property Tax Committee Proposals + attachments | | FRE 402 | | | |

---

[1] The term "email chain" reflects information contained in the most recent email.

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|---------------------|------------|-----------------|---------|----------|--------------|
| DX 12 | COUNTY_009673 - COUNTY_009713 | December 21-22, 2022, email chain from H. Dardick to J. Thompson re: Chicago Bar Association Property Tax Committee Proposals + attachments | | FRE 402 | | | |
| DX 13 | COUNTY_009714 - COUNTY_009753 | December 22, 2022, email from J. Thompson to J. Kirvan and H. Dardick re: CBA Packet + attachments | | FRE 402 | | | |
| DX 14 | COUNTY_009665 - COUNTY_009666 | December 21-22, 2022, email chain from J. Thompson to H. Dardick re: Chicago Bar Association Property Tax Committee Proposals | | FRE 402 | | | |
| DX 15 | COUNTY_018968 - COUNTY_018971<br><br>J. Thompson Dep Ex. 10 | December 21-27, 2022, email chain from J. Thompson to S. Watkins and L. Leanos, copying J. Roberson, re: Chicago Bar Association Property | | | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | | Tax Committee Proposals + attachment | | | | | |
| DX 16 | COUNTY_019027 - COUNTY_019031 | December 21-27, 2022, email chain from J. Thomspon to L. Leanos and S. Watkins, copying J. Roberson, re: Chicago Bar Association Property Tax Committee Proposals | | | | | |
| DX 17 | COUNTY_014318 - COUNTY_014320 | January 2, 2023, email from J. Kirvan to M. Pappas, copying H. Dardick and D. Byrnes, re: Draft Letter Opposing CBA Indemnity Legislation + attachment | | | | | |
| DX 18 | COUNTY_019118 - COUNTY_019514 | January 13, 2023, email from J. Thompson to R. Ruttenberg re: Property Tax Information + attachments | | FRE 402, 403, 802 | | | |
| DX 19 | COUNTY_014587 - COUNTY_014591 | January 17-18, 2023, email chain from H. Dardick to T. Lighty re: | | FRE 402, 802 | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|----------------------------|---------------------|------------|-----------------|---------|----------|--------------|
| | | Indemnity Fund Memo + attachment | | | | | |
| DX 20 | COUNTY_019635 - COUNTY_019638 | January 18-24, 2023, email chain from P. Cummings to S. Watkins and J. Thompson re: Request for Meeting with Kevin Jackson One Pager on Property Tax Sale Reform + attachment | | FRE 402, 802 | | | |
| DX 21 | COUNTY_016381 - COUNTY_016386 | February 9-14, 2023, email chain from J. Kirvan to B. Palmer, copying H. Dardick and M. Ralph, re: State Legislation on Homeowner Notices and Tenant Protections During the Tax Sale Process | | FRE 402, 802 | | | |
| DX 22 | COUNTY_015661 - COUNTY_015667 | February 7-21, 2023, email chain from K. Karvelis to B. Bolin re: Representative Croke bills + attachment | | FRE 402, 802 | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|---------------------|------------|------------------|---------|----------|--------------|
| DX 23 | COUNTY_020001 - COUNTY_020007 | February 7-21, 2023, email chain from K. Karvelis to B. Bolin re: Representative Croke bills + attachment | | FRE 402, 802 | | | |
| DX 24 | COUNTY_010593 - COUNTY_010700 | March 31 - April 18, 2023, email chain from S. Johnson to A. Gavritos re: Documents for + attachments | | FRE 402, 802 | | | |
| DX 25 | COUNTY_019811 - COUNTY_019825  J. Thompson Dep. Ex. 3 | 2023 Property Taxes in Cook County Introduction to Reform, by the Cook County Property Tax (PTAX) Reform Group | | FRE 402, 802 | | | |
| DX 26 | COUNTY_020097 - COUNTY_020101 | October 13, 2023, email from D. Byrnes to J. Kirvan re: Possible Draft Outline + attachment  **Custodian/Author** D. Byrnes | | FRE 802, 901 | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|---------------------|------------|------------------|---------|----------|--------------|
| DX 27 | COUNTY_016457 - COUNTY_016519<br><br>J. Thompson Dep Ex. 12 | January 10, 2024, email from J. Kirvan to J. Thompson re: Tyler v. Hennepin + attachments | | FRE 402, 802 | | | |
| DX 28 | COUNTY_016055 - COUNTY_016057 | January 12, 2024, email chain from B. Palmer to J. Kirvan re: Tyler v. Hennepin General Assembly Strategies | | FRE 402, 802 | | | |
| DX 29 | COUNTY_016087 - COUNTY_016103 | February 6, 2024, draft email from J. Kirvan to J. Thompson, L. Leanos, S. Watkins, and N. Dittakavi re: HB 4794 – Tax Lien Buyers' Solution to the Equity Repayment Issue + attachment | | | | | |
| DX 30 | COUNTY_016032 - COUNTY_016052 | February 9, 2024, email from B. Palmer to J. Kamis, J. Kirvan, M. Kreis, I. Kachoris, E. Tobar, S. Brune, F. Young, M. Ralph, and A. Schaeffer re: Bill Drafted for Rep. Meyers-Martin Based | | FRE 402, 802 | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|---------------------|------------|-----------------|---------|----------|--------------|
| | | on Pacific Legal Foundation Memo + attachments | | | | | |
| DX 31 | COUNTY_016023 - COUNTY_016030 | February 9, 2024, email from B. Palmer to J. Kramis, J. Kirvan, M. Kreis, I. Kachoris, E. Tobar, S. Brune, F. Young, M. Ralph, and A. Schaeffer re: HB 4794: Tax Deeds and Equity Payments | | FREE 402, 802 | | | |
| DX 32 | COUNTY_016397 - COUNTY_016401 | February 20-27, 2024, email chain from J. Kirvan to K. Burke, copying L. Henson, re: Cook County Treasurer's Concerns with HB 4794 – Property Tax Equity via the Indemnity Fund | | | | | |
| DX 33 | COUNTY_016153 - COUNTY_016165 | February 5 - March 4, 2024, email chain from J. Kirvan to B. Denzin re: HB 4794/SB 3396 Tax Deeds and Equity Payments | | FRE 402, 802 | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| DX 34 | COUNTY_019632 - COUNTY_019633 | March 15, 2024, email from B. Siefring to J. Thompson, N. Dittakavi, L. Leanos, and S. Watkins re: Liaison Meeting Notes + attachment | | | | | |
| DX 35 | COUNTY_016185 - COUNTY_016189 | April 17, 2024, email chain from J. Kirvan to B. Palmer re: Draft Remarks for Senate Revenue Committee Hearing on 4-17-2024 + attachment | | | | | |
| DX 36 | COUNTY_018840  J. Thompson Deposition Ex. 11 | April 18, 2024, email from J. Thompson to S. Smith | | | | | |
| DX 37 | [withdrawn] | | | | | | |
| DX 38 | J. Thompson Dep Ex. 16 | Issues with HB1238/SB74 – Payment Plan Legislation  **Custodian/Author** K. Karvelis *See also* J. Thompson | | FRE 402, 802, 901 | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | | Dep. Tr., at 104:5-108:22, & DX 22 | | | | | |
| DX 39 | M. Kidd Dep. Ex. 4 | December 13, 2023, Michelle Kidd's Amended Answers to Defendants' First Set of Interrogatories | | FRE 402 | | | |
| DX 40 | M. Kidd Dep. Ex. 8 | October 12, 2017, Agreed Judgment Order, Circuit Court of Cook County, Case No. 2014 COTD 3546 | | FRE 402 | | | |
| DX 41 | R. DeVries Dep. Ex. 1 | October 14, 2024, Defendants' Disclosure of Expert Witness, and Expert Report of Ron D. DeVries | | FRE 402, 702, 703, 802 | | | |
| DX 42 | R. DeVries Dep. Ex. 2 | November 12, 2024, Rebuttal Report of Ron D. DeVries | | FRE 402, 702, 703, 802 | | | |
| DX 43 | W. Hamm Dep. Ex. 1, Ex. 7 | October, 14, 2024, Expert Report of W. Hamm, Exhibit 7 Class Member's Lost Equity | | | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|----------------------|------------|-----------------|---------|----------|--------------|
| | | (Random Sample of 205 Parcels)<br><br>*Defendant Cook County includes this exhibit, which consists of a table prepared by Plaintiffs' expert witness Dr. Hamm, solely to reflect Plaintiffs' view of the County's potential liability in comparison with the approximate amount of property taxes the County received as a result of the annual tax sale, and not for any other purpose. By including this exhibit, Defendant Cook County does not admit, and expressly disclaims, that the information contained therein, or the methodology or assumptions underlying it, is true, accurate, or complete. | | | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|------------------------------|---------------------|------------|------------------|---------|----------|--------------|
| DX 44 | COUNTY_012842 - COUNTY_012845  J. Kirvan Dep. Ex. 6 | April 27 - May 26, 2023, email chain from J. Kirvan to C. Wessel re: Property Tax Debt / Home Equity Theft | | FRE 402, 802 | | | |
| DX 45 | COUNTY_017633 - COUNTY_017634 | December 15, 2022, email from A. Gavritos to M. Pappas and Executive Admins re: Tribune on Tax Sale Lawsuit | | FRE 402, 802 | | | |
| DX 46 | https://www.cookcountyclerkil.gov/sites/default/files/pdfs/2023%20Tax%20Rate%20Report_0.pdf | 2023 Cook County Tax Rate Report (cited in Defendants' Reply in Support of Motion for Summary Judgment, Dkt 157 at p. 16 n.3) | | FRE 402 | | | |
| DX 47 | https://www.cookcountyclerkil.gov/sites/default/files/pdfs/2023%20TIF%20Report.pdf | 2023 Cook County TIF Report (cited in Defendants' Reply in Support of Motion for Summary Judgment, Dkt 157 at p. 16 n.3) | | FRE 402 | | | |
| | | Any exhibits included on Plaintiffs' Exhibit List | | Not in compliance with Judge Kennelly's pre-trial order. Plaintiff | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---------|-----------------------------|---------------------|------------|-----------------|---------|----------|--------------|
| | | | | reserves all objections to exhibits on Plaintiffs' list if such exhibit is offered by Defendant and not Plaintiffs as some exhibits may be inadmissible if sponsored by Defendant and not Plainitffs. | | | |
| | | Defendant reserves the right to amend this list as necessary at appropriate times | | Object as inconsistent with Judge Kennelly's trial rules. | | | |
| | | Rebuttal exhibits regarding any exhibits or testimony offered into evidence by Plaintiffs or to impeach Plaintiffs' witnesses | | Object as inconsistent with Judge Kennelly's trial rules. | | | |
| | | Defendant also reserves the right to use demonstrative exhibits | | Plaintiffs reserve all objections. | | | |

| Ex. No. | Bates Label/ Exhibit Number | Document Description | Stipulated | Objection/Basis | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|
| | | Any documents, including, but not limited to, all deposition transcripts and exhibits, hearing transcripts, motions, pleadings, or other prior statements of, or on behalf of any of, any witnesses called by any party in this proceeding to be used for impeachment purposes and/or as prior inconsistent statements or admissions | | Object as inconsistent with Judge Kennelly's trial rules. | | | |

Dated: March 10, 2026

Respectfully submitted,


By: /s/ Brian D. Roche

Charles R. Watkins
GUIN & EVANS, LLC
805 Lake Street, #226
Oak Park, IL 60301
(312) 878-8391
charlesw@guinevans.com

David J. Guin
GUIN & EVANS, LLC
P.O. Box 380723
Birmingham, AL 35238
(205) 527-1582
david@guinevans.com

John Bouman
Lawrence Wood
Daniel Schneider
LEGAL ACTION CHICAGO
120 South LaSalle Street, 10th Floor
Chicago, IL 60603
(312) 341-1070
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org

Brian D. Roche
REED SMITH LLP
10 South Wacker Drive 40th Floor
Chicago, IL 60606
(312) 207-6490
broche@reedsmith.com

*Counsel for the Plaintiff Class*


EILEEN O'NEILL BURKE
Cook County State's Attorney


By: /s/ David E. Morrison
Special Assistant State's Attorney

Kenneth S. Ulrich
David E. Morrison
Rachel C. Steiner
Kerry D. Nelson
W. Kyle Walther
Special Assistant State's Attorneys
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300

Chicago, Illinois 60603
(312) 201-4000
kenneth.ulrich@goldbergkohn.com
david.morrison@goldbergkohn.com
rachel.steiner@goldbergkohn.com
kerry.nelson@goldbergkohn.com
kyle.walther@goldbergkohn.com

Megan Honingford
Anthony O'Brien
Prathima Yeddanapudi
Michael Gilmartin
Michael Clarke
Karisa Flores
Assistant State's Attorneys
COOK COUNTY STATE'S
  ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3116
megan.honingford@cookcountysao.org
anthony.obrien@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org
michael.gilmartin@cookcountysao.org
michael.clarke@cookcountysao.org
karisa.flores@cookcountysao.org

Jonathon D. Byrer
Assistant State's Attorneys
COOK COUNTY STATE'S
  ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6934
jessica.scheller@cookcountysao.org
jonathon.byrer@cookcountysao.org

*Counsel for Defendant Cook County*

210832030.v5-3/10/2026 9:07 PM