**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael Bell, et al.

                         Plaintiff,

v.                                                    Case No.: 1:22–cv–07061
                                                      Honorable Matthew F. Kennelly

Maria Pappas, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: Pretrial conference
held on 3/31/2026. Case remains set for a bench trial on 4/7/2026 [210]. Mailed notice.
(mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.