Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE KIDD, DOLLY JANIS, and GOYCE H. RATES, individually and on behalf of all others similarly situated; SOUTHWEST ORGANIZING PROJECT and PALENQUE LSNA, individually,<br><br>       Plaintiffs,<br><br>  vs.<br><br>MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund; and COOK COUNTY, ILLINOIS,<br><br>       Defendants. | Case No.<br>1:22-cv-07061 |

DEPOSITION OF DAVID HALLMAN

Chicago, Illinois

Wednesday, December 11, 2024

September 11, 2024

2:09 p.m.

The deposition of DAVID HALLMAN, called as a witness herein for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before Jennifer L. Bernier, a Certified Stenographic Reporter of the State of Illinois, CSR License No. 084-004190, Registered Merit Reporter and Certified Realtime Reporter at the offices of Goldberg Kohn Ltd., 55 East Monroe Street, Suite 3300, Chicago, Illinois.

A P P E A R A N C E S:

APPEARING ON BEHALF OF PLAINTIFFS:

    REED SMITH LLP, by
    BRIAN D. ROCHE, ESQ.
    10 South Wacker Drive
    40th Floor
    Chicago, Illinois 60606
    312.207.6490
    broche@reedsmith.com

       -and-

    LEGAL ACTION CHICAGO, by
    JOHN BOUMAN, ESQ.
    120 South LaSalle Street
    Suite 900
    Chicago, Illinois 60603
    312.341.1070
    jbouman@legalactionchicago.org

ON BEHALF OF THE DEFENDANTS:

    GOLDBERG KOHN LTD., by
    DAVID MORRISON, ESQ.
    55 East Monroe Street
    Suite 3300
    Chicago, Illinois 60603
    312.201.4000
    david.morrison@goldbergkohn.com

    -and-

    COOK COUNTY STATE'S ATTORNEY'S OFFICE, by
    ANTHONY O'BRIEN, ESQ.
    MICHAEL CLARKE, ESQ.
    MICHAEL GILMARTIN, ESQ.
    69 West Washington
    Chicago, Illinois 60602
    312.603.3116
    megan.honingford@cookcountysao.org
    anthony.obrien@cookcountysao.org

ALSO PRESENT:

    Ron DeVries
    Emeline Wright, Goldberg Kohn

                    C O N T E N T S

EXAMINATION OF DAVID HALLMAN                      PAGE
By Mr. Morrison                                     5


                    E X H I B I T S
              (Attached to transcript.)

EXHIBITS         DESCRIPTION                      PAGE
Exhibit 1        Appraisal -                       10
                 1400 Cleveland Street,
                 Evanston, Illinois
Exhibit 2        PIN ending 005                    94
Exhibit 3        PIN 1024419006                    94
Exhibit 4        Appraisal For the Maywood         96
                 Home
Exhibit 5        Assessor's Office's              104
                 Information
Exhibit 6        History of the Assessed          105
                 Values

(Witness sworn.)

DAVID HALLMAN,

called as a witness, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. MORRISON:

Q. Good afternoon, Mr. Hallman. My name is David Morrison. I'm one of the Special Assistant State's Attorneys representing Cook County in the litigation of Michelle Kidd, et al. versus Maria Pappas, et al.

You understand you're offering testimony in that case?

A. Yes.

Q. Could you state your full name for the record.

A. David James Hallman, H-A-L-L-M-A-N.

Q. Have you ever been deposed before, Mr. Hallman?

A. Yes.

Q. On how many occasions?

A. Once.

Q. And how long ago was that?

A. Two days ago.

Q.    Have you ever called a broker for a sales comparison to ask questions about the comparable home?

A.    Yes.

Q.    And why would you call a broker?

A.    If I don't feel there is enough information in the listing.

Q.    Do you ever call a broker to determine whether or not the sale was an arm's-length transaction?

A.    Yes.

Q.    And why do you want to determine whether it's an arm's-length transaction?

A.    You typically want to use arm's-length transactions for market value.

Q.    And then on the next page, 4, that's your signature at the bottom?

A.    Correct.

Q.    And your opinion of value is 260,000 as of May 16th, 2023?

A.    Correct.

Q.    Knowing that it's a one-car garage, according to the Assessor's Office and the witness's testimony, would you reduce that?

(Hallman Exhibit 2 was marked for identification.)

BY MR. MORRISON:

Q.   Exhibit 2 is right there, right?  So this is 005.  Is that what you see?

A.   Yes.

Q.   And it says here:  The total estimated market value is $194,530.

Do you see that?

A.   Yes.

Q.   And it's not relevant to you, in making your appraisal what that assessed value was, right?

A.   Correct.

(Hallman Exhibit 3 was marked for identification.)

BY MR. MORRISON:

Q.   And Exhibit 3 is for PIN 1024419006. Do you see that?

A.   Yes.

Q.   So this is the second part of the property?

A.   Yes.

Q.   And this also has an estimated

market value of 194,530, right?

A.    Correct.

Q.    So the combined assessed value for this property is $389,000, right?

A.    Correct.

Q.    Your appraisal was for $250,000, adjusting for the one-car garage, correct?

A.    Correct.

Q.    Is that a typical deviation from the assessed value to an appraised value?

MR. ROCHE:  Objection.  Form. Foundation.

THE WITNESS:  I wouldn't know.

BY MR. MORRISON:

Q.    To what do you attribute your appraisal being so much lower than the assessed value of this property?

A.    I don't know, without speculation.

MR. ROCHE:  Don't speculate.

THE WITNESS:  Okay.

BY MR. MORRISON:

Q.    If you look at the second page, you'll see the garage there is indicated as a one-car garage, on the bottom.

A.    Yes.

Q.    And the fact that the assessed value was so much higher than your appraised value still doesn't affect your appraisal opinion, correct?

A.    Correct.

Q.    Would you consider the assessed value to be unreliable as to providing a value as of May 16th, 2023?

A.    Yes.

(Hallman Exhibit 4 was marked for identification.)

THE REPORTER:  Exhibit 4.

BY MR. MORRISON:

Q.    So this is your appraisal for the Maywood home, correct?

A.    Correct.

Q.    And it's an opinion of value of $130,000 as of October 2nd, 2021, correct?

A.    Correct.

Q.    And this was an opinion that you formed in October of 2024, right?

A.    Correct.

Q.    You signed this opinion the same

appraisal for this property than you did for your Evanston appraisal?

A. No.

Q. And under the sales comparable comments, you indicate that you made condition adjustments to Comparables 2 and 3 due to their superior updates in maintenance based on MLS data and interior MLS photos, right?

A. Yes.

Q. And how much of an adjustment did that play into your analysis?

A. Dependent on the condition, comp -- Comparable 2, 18,300; and Comparable 3, 6,150.

Q. Now, do you know what the assessed value of this property is?

A. No.

(Hallman Exhibit 5 was marked for identification.)

BY MR. MORRISON:

Q. This is the Assessor's Office's information for this property showing a total estimated market value of $210,000. Do you see that?

A. Yes.

Q. And that's quite a bit off of your valuation, correct?

A. Yes.

THE REPORTER: Exhibit 6.

(Hallman Exhibit 6 was marked for identification.)

BY MR. MORRISON:

Q. Exhibit 6 is the history of the assessed values that shows that in 2021, the assessed value was 16,622 for a value of $166,220. Do you see that?

A. Yes.

Q. And that is substantially higher than your appraised value as of the date of your valuation, correct?

A. Correct.

Q. And which do you believe is more reliable of an opinion of value as of October 2nd, 2021, your appraisal or the appraisal that was done in 2020 that was in effect for 2021?

A. My appraisal.

Q. And why is that?

A. In this case, the condition of the

property taken into consideration.

Q. That's the interior condition of the property?

A. Under the extraordinary assumption that the interior was consistent with the exterior, yes.

Q. Going back to the Maywood appraisal --

A. Yes.

Q. -- and then just going to the pictures of the comparable photo pages.

MR. BOUMAN: Exhibit 4?

MR. MORRISON: I didn't write it down.

MR. ROCHE: Yeah, Exhibit 4.

BY MR. MORRISON:

Q. The third comparable there, do you consider that home to be of superior quality to the subject of the appraisal?

A. No.

Q. But you rated it as being of higher quality, right?

A. Yeah -- condition, not quality.

Q. But you're determining condition

C E R T I F I C A T E

I, Jennifer L. Bernier, Illinois Certified Shorthand Reporter, do hereby certify:

That DAVID HALLMAN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this December 26, 2024.

_____
JENNIFER L. BERNIER, CSR, RMR, CRR

CSR No. 084-004190

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

1400 Cleveland St
Evanston, IL 60202
See attached Legal Description

**FOR**

Consumer Direct
300 Madison Avenue, Suite #900
Toledo, Ohio 43604

**OPINION OF VALUE**

260,000

**AS OF**

05/16/2023

**BY**

David J Hallman
Opteon Appraisal Inc
5500 Pearl St #260 (Corporate Address)
Rosemont, IL 60018
(888) 440-8258
orders@opteonusa.com



PENGAD 800-631-6989

**EXHIBIT**

Hallman 1

12/11/24

Form GA1V - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## USPAP ADDENDUM

File No. 721313774

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | | |
| City | Evanston | County | Cook | | State IL | Zip Code | 60202 |
| Lender | Consumer Direct | | | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:   **1 - 90 Days**

EXPOSURE TIME: Estimated length of time that the property interested being appraised would have offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

USPAP 2024 (effective January 1, 2024) Comment: Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

The appraisal assignment has been ordered by an appraisal management company. They have been identified as the Client in the Client (Opteon AMC, Inc.) section on the Name line on the Signature Page. The Intended User/Client has been identified in the SUBJECT section on the client (Legal Action Chicago) line on page four of the appraisal report.

The compensation for this assignment is $400.00.

THE APPRAISAL MANAGEMENT COMPANY'S ILLINOIS REGISTRATION NUMBER IS 558.000316 AND IT EXPIRES ON 12/31/2024.

**APPRAISER:**

Signature:

Name: David J Halfman

Date Signed: 10/15/2024

State Certification #: 556.000323

or State License #:

State: IL

Expiration Date of Certification or License: 09/30/2025

Effective Date of Appraisal: 05/16/2023

**SUPERVISORY APPRAISER: (only if required)**

Signature:

Name:

Date Signed:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License:

Supervisory Appraiser Inspection of Subject Property:

☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Opteon Appraisal Inc

# RESIDENTIAL APPRAISAL REPORT

**File No.:** 721313774

## SUBJECT

| | | |
|---|---|---|
| Property Address: 1400 Cleveland St | City: Evanston | State: IL  Zip Code: 60202 |
| County: Cook | Legal Description: See attached Legal Description | |
| | Assessor's Parcel #: 10-24-419-005-0000, 10-24-419-006-0000 | |
| Tax Year: 2022  R.E. Taxes: $ 4,174  Special Assessments: $ 0 | Borrower (if applicable): N/A | |
| Current Owner of Record: County Clerk of Cook County | Occupant: ☐ Owner  ☐ Tenant  ☒ Vacant | ☐ Manufactured Housing |
| Project Type: ☐ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe) | HOA: $ 0  ☐ per year  ☐ per month | |
| Market Area Name: | Map Reference: 16984  Census Tract: 8103.02 | |

## ASSIGNMENT

| | |
|---|---|
| The purpose of this appraisal is to develop an opinion of: | ☒ Market Value (as defined), or  ☐ other type of value (describe) Other |
| This report reflects the following value (if not Current, see comments): | ☐ Current (the Inspection Date is the Effective Date)  ☒ Retrospective  ☐ Prospective |
| Approaches developed for this appraisal: | ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work) |
| Property Rights Appraised: | ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe) |

Intended Use: The intended use of the appraisal is for Market Value purposes for litigation as of 05/16/2023.

Intended User(s) (by name or type): Legal Action Chicago

Client: Opteon AMC, Inc  Address: 300 Madison Ave, Suite 900, Toledo, OH 43604

Appraiser: David J Hallman  Address: 5500 Pearl St #260 (Corporate Address), Rosemont, IL 60018

## MARKET AREA DESCRIPTION

| | | | | | |
|---|---|---|---|---|---|
| Location: | ☐ Urban  ☒ Suburban  ☐ Rural | Predominant Occupancy | One-Unit Housing | Present Land Use | Change in Land Use |
| Built up: | ☒ Over 75%  ☐ 25-75%  ☐ Under 25% | | PRICE  AGE | One-Unit 70% | ☒ Not Likely |
| Growth rate: | ☐ Rapid  ☒ Stable  ☐ Slow | ☒ Owner | $(000)  (yrs) | 2-4 Unit 5% | ☐ Likely *  ☐ In Process * |
| Property values: | ☐ Increasing  ☒ Stable  ☐ Declining | ☐ Tenant | 181 Low 0 | Multi-Unit 5% | * To: |
| Demand/supply: | ☐ Shortage  ☒ In Balance  ☐ Over Supply | ☒ Vacant (0-5%) | 1,550 High 168 | Comm'l 20% | |
| Marketing time: | ☒ Under 3 Mos.  ☐ 3-6 Mos.  ☐ Over 6 Mos. | ☐ Vacant (>5%) | 375 Pred 69 | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Church St north, North Shore Channel west, Oakton St south and Chicago Ave east. The appraiser has examined recent sales and listing information as is available. See attached addendum.

## SITE DESCRIPTION

| | |
|---|---|
| Dimensions: 50 x 130.55 | Site Area: 6,528 sf |
| Zoning Classification: R3 | Description: Two-Family residential District |
| Zoning Compliance: ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning | |
| Are CC&Rs applicable? ☐ Yes  ☐ No  ☒ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Ground Rent (if applicable) $ / | |

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single Family Residence  Use as appraised in this report: Single Family Residence

Summary of Highest & Best Use: See attached addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Generally Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Com Ed | Street | Asphalt | ☒ | ☐ | Size | Adequate |
| Gas | ☒ | ☐ | Nicor | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | Municipal | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears adequate |
| Sanitary Sewer | ☒ | ☐ | Municipal | Street Lights | Yes | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | Municipal | Alley | Asphalt | ☒ | ☐ | | |

Other site elements: ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 17031C0265J  FEMA Map Date 08/19/2008

Site Comments: No observed or known adverse influences to market value were noted.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☐ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | Concrete/Avg | Slab | No | Area Sq. Ft. | 800 | Type | FWA |
| # of Stories | 1.5 | Exterior Walls | Brick,Frm/Avg | Crawl Space | No | % Finished | 0 | Fuel | Gas |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | AsShng/Fair | Basement | Full | Ceiling | | | |
| Design (Style) | 1.5Story;Cape Cod | Gutters & Dwnspts. | Alum/Avg | Sump Pump | ☐ Unknown | Walls | | Cooling | None |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | DblHng/Avg | Dampness | ☐ Unknown | Floor | | Central | |
| Actual Age (Yrs.) | 73 | Storm/Screens | Yes/Avg | Settlement | Unknown | Outside Entry | | Other | |
| Effective Age (Yrs.) | 40 | | | Infestation | Unknown | | | | |

| Interior Description | | Appliances | Attic ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|
| Floors | Hwd,Tile/Poor | ☐ Refrigerator | ☐ Stairs | Fireplace(s) # 0 | Woodstove(s) # | Garage # of cars ( 2 Tot.) | |
| Walls | Plaster/Poor | ☐ Range/Oven | ☐ Drop Stair | Patio None | | Attach. | |
| Trim/Finish | Wood/Poor | ☐ Disposal | ☐ Scuttle | ☒ Deck Wood | | Detach. 2 | |
| Bath Floor | Ceramic/Avg | ☐ Dishwasher | ☐ Doorway | ☐ Porch None | | Blt-in | |
| Bath Wainscot | Ceramic/Fair | ☐ Fan/Hood | ☐ Floor | ☐ Fence None | | Carport | |
| Doors | Wood/Fair | ☐ Microwave | ☐ Heated | ☐ Pool None | | Driveway | |
| | | ☐ Washer/Dryer | ☐ Finished | | | Surface | |

Finished area above grade contains: 5 Rooms  3 Bedrooms  1.0 Bath(s)  1,233 Square Feet of Gross Living Area Above Grade

Additional features: No special features known.

Describe the condition of the property (including physical, functional and external obsolescence): The subject is in fair to poor condition based on an MRED MLS interior and exterior photos. The interior floors, walls and ceilings are all in need of repair and refinishing.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 721313774

**TRANSFER HISTORY**

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): MRED MLS, Cook County Clerk and Remine

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: | The subject has no sales or transfer |
|---|---|---|
| Date: | history in the last 36 months. | |
| Price: | | |
| Source(s): | | |
| 2nd Prior Subject Sale/Transfer | | |
| Date: | | |
| Price: | | |
| Source(s): | | |

**SALES COMPARISON APPROACH TO VALUE (if developed)**    [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 1400 Cleveland St Evanston, IL 60202 | 2404 Greenleaf St Evanston, IL 60202 | | 1401 Grey Ave Evanston, IL 60201 | | 1314 Pitner Ave Evanston, IL 60201 | |
| Proximity to Subject | | 0.95 miles NW | | 1.05 miles NW | | 1.09 miles NW | |
| Sale Price | $ | $ 275,000 | | $ 203,000 | | $ 375,000 | |
| Sale Price/GLA | $ /sq.ft | $ 238.72 /sq.ft. | | $ 133.46 /sq.ft. | | $ 300.72 /sq.ft. | |
| Data Source(s) | Ext observation | MRED #11722243;DOM 12 | | MRED #11707419;DOM 179 | | MRED #11264378;DOM 42 | |
| Verification Source(s) | Assr, Remine.MLS | Assessor, Remine | | Assessor, Remine | | Assessor, Remine | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Cash;0 | | Conv;0 | |
| Date of Sale/Time | | 05/12/2023 | | 02/15/2023 | | 02/15/2022 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Res;Commercial | +40,000 | Residential | |
| Site | 6,528 sf | 3720 SqFt | +14,040 | 5213 SqFt | +6,575 | 7111 SqFt | -2,915 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 1.5Story;Cape Cod | 1Story;Ranch | | 1Story;Bunglow | | 2Story;Georgian | 0 |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 73 Years | 53 Years | 0 | 94 Years | 0 | 68 Years | 0 |
| Condition | Fair-Poor | Average-Fair | -27,500 | Fair-Poor | | Good | -93,750 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 5 / 3 / 1.0 | 6 / 3 / 1.0 | 0 | 7 / 3 / 1.0 | 0 | 6 / 3 / 1.1 | -5,000 |
| Gross Living Area | 1,233 sq.ft. | 1,152 sq.ft. | | 1,521 sq.ft. | -14,400 | 1,247 sq.ft. | 0 |
| Basement & Finished | Full | Full | | Full | | Full | |
| Rooms Below Grade | Unfinished | Rec Rm,1/2 Bath | -15,000 | Unfinished | | Unfinished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GFA;NoAC | GFA;WAC | | GFA;NoAC | 0 | GFA;WAC | 0 |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2 Car Garage | 1 Car Garage | +10,000 | 1 Car Garage | +10,000 | 2 Car Garage | |
| Porch/Patio/Deck | Deck | Patio | 0 | Porch | 0 | None | +2,500 |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - $ | -18,460 | [X] + [ ] - $ | 42,175 | [ ] + [X] - $ | -99,165 |
| Adjusted Sale Price of Comparables | | 6.7 24.2 $ | 256,540 | 20.8 35.0 $ | 245,175 | 26.4 27.8 $ | 275,835 |

Summary of Sales Comparison Approach    See Attached Addendum

Indicated Value by Sales Comparison Approach $    260,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 721313774

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service: Effective date of cost data: | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| The cost approach was not completed due to the age of the subject | | Sq.Ft. @ $ | =$ |
| and the subjectivity in estimating depreciation and because the typical | | Sq.Ft. @ $ | =$ |
| buyer does not base price points on the cost approach. | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less | Physical | Functional | External | |
| | Depreciation | | | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-Is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | | =$ |

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM): The income approach is not applicable to this report as homes in the area are typically owner occupied.

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

| Indicated Value by: Sales Comparison Approach $ 260,000 | Cost Approach (if developed) $ | Income Approach (if developed) $ |
|---|---|---|

**Final Reconciliation** The sales comparison approach is considered the best indicator of value because it reflects the attitudes of the buyers and sellers in the marketplace. It is considered the most reliable method for a supported market value and is relied upon for this report.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the Improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair. No special conditions are noted. Personal property is not included in this valuation.

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 260,000 , as of: 05/16/2023 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 22 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

**Attached Exhibits:**

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☐ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☒ Extraordinary Assumptions | ☐ | | |

Client Contact: Larry Wood  Client Name: Opteon AMC, Inc

E-Mail: lwood@legalactionchicago.org  Address: 300 Madison Ave, Suite 900, Toledo, OH 43604

| **APPRAISER** | **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)** |
|---|---|
| Appraiser Name: David J Hallman | Supervisory or Co-Appraiser Name: |
| Company: Opteon Appraisal Inc | Company: |
| Phone: (888) 440-8258  Fax | Phone:  Fax |
| E-Mail: orders@opteonusa.com | E-Mail: |
| Date of Report (Signature): 10/15/2024 | Date of Report (Signature): |
| License or Certification #: 556.000323  State: IL | License or Certification #:  State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 09/30/2025 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 10/12/2024 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL** Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE  3/2007

# ADDITIONAL COMPARABLE SALES

File No.: 721313774

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjust. | COMPARABLE SALE # 5 | +(-) $ Adjust. | COMPARABLE SALE # 6 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 1400 Cleveland St Evanston, IL 60202 | 1319 Darrow Ave Evanston, IL 60201 | | | | | |
| Proximity to Subject | | 0.89 miles NW | | | | | |
| Sale Price | $ | $ 295,000 | | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 292.95 /sq.ft. | | /sq.ft. | | /sq.ft. | |
| Data Source(s) | Ext observation | MRED #11675434;DOM 166 | | | | | |
| Verification Source(s) | Assr, Remine.MLS | Assessor, Remine | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | CrtOrd Conv;4500 | | | | | |
| Date of Sale/Time | | 01/09/2023 | | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Residential | Residential | | | | | |
| Site | 6,528 sf | 5670 SqFt | +4,290 | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | 1.5Story;Cape Cod | 1.5Story;Bunglow | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Age | 73 Years | 100 Years | 0 | | | | |
| Condition | Fair-Poor | Average | -29,500 | | | | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 5 / 3 / 1.0 | 6 / 3 / 1.0 | 0 | | | | |
| Gross Living Area | 1,233 sq.ft. | 1,007 sq.ft. | +11,300 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | Full Unfinished | Full Rec Rm,Den,Bath | -20,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | GFA;NoAC | GFA;CAC | -3,000 | | | | |
| Energy Efficient Items | Typical | Typical | | | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | | | | |
| Porch/Patio/Deck | Deck | Porch | 0 | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -36,910 | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | 12.5 23.1 $ | 258,090 | $ | | $ | |

Summary of Sales Comparison Approach

---

GP RESIDENTIAL

Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

3/2007

## Supplemental Addendum

File No. 721313774

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | | |
| City | Evanston | County | Cook | State | IL | Zip Code | 60202 |
| Lender | Consumer Direct | | | | | | |

### NEIGHBORHOOD

Evanston has a total area of 7.8 square miles, as of 2010 there were 74,486 people residing in the city. Transit continues to make Evanston attractive today. The CTA's Purple Line, part of the Chicago 'L' system, runs through Evanston. From its terminal at Howard in Chicago, the line heads north terminating at Linden in Wilmette. Metra's Union Pacific/North Line also serves Evanston, and the CTA's Yellow Line also runs through the city.

Two large hospitals are located in Evanston, Evanston Hospital which is part of NorthShore University Health System and St. Francis Hospital a part of Resurrection Health Care.

The city is home to Northwestern University. Most of Evanston (and a small part of the village of Skokie) is within the boundaries of Evanston Township High School District 202.

Downtown Evanston adjoins Northwestern University. Over 300 businesses several high-rise office and residential buildings, three traditional low-rise shopping areas, an 18-screen movie theatre, and over 85 restaurants inhabit the downtown area. Evanston is bordered to the east by Lake Michigan.

### MARKET ANALYSIS

The one-unit housing trends in the neighborhood section on page one of this report are based on the following criteria:

The data contained in the 1004MC report is generated from (Spark Data / Data Master) Importing & Trend Analysis with data provided by the appraiser from the MRED MLS. The data was limited to : 3 bedroom single family detached homes within the subject market.

### MARKET CONDITIONS COMMENTS

Sales Prices: Stable

An analysis was performed on sales over the past 12 months. The sales had a median sale price of $466,000. This analysis shows a change of 0.002% per month.

Housing Supply: Declining

An analysis was performed on 13 sales plus all active listings that are competing properties, over the past 12 months. Based on this entire set of data there is a 0.0 month supply. This analysis shows a change of -2.6% per month.

Sales Days on Market: Increasing

An analysis regarding days on market was performed on 13 competing sales over the past 12 months. For these sales, the median DOM was 28. This analysis shows a change of +112% per month.

Seller Concessions: Increasing - Not prevalent in the market

An analysis was performed on 13 competing sales over the past 12 months. For those sales, a total of 15.4% were reported to have seller concessions. This analysis shows a change of +37.3% per month. The same analysis was performed on 126 sales from the broader defined neighborhood. For those sales, a total of 31.7% were reported to have seller concessions. This analysis shows a change of +1.4% per month.

Distressed Properties: Increasing - A Factor in the market

An analysis was performed on 13 competing sales over the past 12 months. For those sales, a total of 15.4% were reported to be REO. The same analysis was performed on 126 sales from the broader defined neighborhood. For those sales, a total of 3.2% were reported to be REO.

### SALES COMPARABLE COMMENTS

The four comparables used in the analysis were the best available at this time to compare to the subject property. All four comparables offer similar overall utility and function. The overall amenities are also very similar.

It is not uncommon in the subject market to have sales concessions of 3% and under to cover closing costs and items of repair which are discovered during the home inspection, in lieu of the current owner making repairs. Concessions of 3% and under were not considered to affect the sales price of the comparables, with no adjustment warranted.

Comparables were adjusted for their difference in location, lot size, condition, gross living area, basement finishes, heating/cooling, and parking.

Comparable 2 received a location adjustment due to being across from commercial properties.

Site adjustments were made for the contributory value of the surplus, undividable land.

Condition adjustments were applied to comparables 1, 3 and 4 due to superior updates in varying degrees based on MLS data and interior MLS photos. Updates include kitchens, baths and various cosmetic improvements.

Above grade gross living area adjustments were made at $50 per square foot. Comparables within 100 square feet of the subject property did not warrant an adjustment.

The remaining adjustments are indicated on the sales comparison grid.

Form TADD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Supplemental Addendum

File No. 721313774

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | | |
| City | Evanston | County | Cook | State | IL | Zip Code | 60202 |
| Lender | Consumer Direct | | | | | | |

ALL ADJUSTMENTS WERE DERIVED FROM THE SUBJECT MARKET AND THE APPRAISERS EXPERTISE IN THE MARKET PLACE.

Four comparables bracket the potential value of the subject property in adjusted range of $245,175 and $275,835. All factors considered, it is reasonable the subject would have a market value of $260,000 with the most weight given to comparable 1 due it having the least percentage of net adjustment.

### RECONCILIATION AND FINAL ANALYSIS

The COST APPROACH was considered and determined to be unnecessary to produce credible assignment results. The Cost Approach to value estimates the property value as the value of its components, the underlying land, and the depreciated value of the improvements. Because there is insufficient market evidence to credibly support the derivation of total depreciation, the cost approach is not given any consideration in the appraiser's final analysis. Use of the data, in the whole or in the part, for other purposes is not intended by the appraiser.

The INCOME APPROACH to value estimates the value of a property based on the income of the property. This approach was not considered applicable due to the fact that the majority of housing stock in the area is owner-occupied and not typically used for investment property and the subject is not currently used as an income-producing property.

The SALES COMPARABLE APPROACH is considered the best indicator of value because it reflects the attitudes of the buyers and sellers in the marketplace. It is considered the most reliable method for a supported market value and is relied upon for this report.

THE COMMENTS BY THE LICENSED REAL ESTATE APPRAISER CONTAINED WITHIN THIS APPRAISAL REPORT ON THE CONDITION OF THE PROPERTY DO NOT ADDRESS 'STANDARDS OF PRACTICE' AS DEFINED IN THE HOME INSPECTOR LICENSE ACT [225ILCS 441] AND 68 ILL. ADM. CODE 1410 AND ARE NOT TO BE CONSIDERED A HOME INSPECTION OR HOME INSPECTION REPORT.

### EXTERIOR INSPECTION ADDENDA

The appraiser has been requested to perform an appraisal based on an exterior only inspection and not to disturb the occupants by entering the building. The physical characteristics used to develop this appraisal are based on the assessment records of and MRED multiple listing service information. The subject property was observed from the public street and was undergoing expansion and renovation. On the basis of the observed conditions, the assessment records and multiple listing service information are considered to be the most reliable source of the effective date of the appraisal.

### PHYSICAL DEFICIENCIES OR ADVERSE CONDITIONS

Unless otherwise stated in this report, the existence of hazardous material and/or electromagnetic emission, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no such knowledge of the existence of such materials on or in the subject property, or in the properties of the subject neighborhood. The appraiser is not qualified to detect such substances. The presence of such substances as asbestos, urea formaldehyde foam insulation, radon, mold, or other potentially hazardous material may affect the value of the property. The value estimate expressed is predicated on the assumption that there is no such material in or on the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required discovering them. The customer is urged to retain an expert in this field.

### EXTRAORDINARY ASSUMPTION

This appraisal involves the use of an extraordinary assumption. Specifically, appraiser assumes the subject is in the condition as reported as of the effective date of the appraisal. The use of this extraordinary assumption might have affected the assignment results.

## Subject Photo Page

| Borrower/Client | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | | | |
| City | Evanston | County | Cook | | State | IL | Zip Code | 60202 |
| Lender | Consumer Direct | | | | | | | |



**Subject Front**

1400 Cleveland St
Sales Price
Gross Living Area     1,233
Total Rooms            5
Total Bedrooms         3
Total Bathrooms        1.0
Location               Residential
View                   Residential
Site                   6,528 sf
Quality                Average
Age                    73 Years



**Subject Rear**



**Subject Street**

Form PIC3X5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Photograph Addendum

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | |
| City | Evanston | County | Cook | State | IL | Zip Code 60202 |
| Lender | Consumer Direct | | | | | |



**Additional Front View**



**Garage**



**Garage Rear**



**Street Scene**



**Additional Front View**

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 1400 Cleveland St |
| City | Evanston |
| County | Cook |
| State | IL |
| Zip Code | 60202 |
| Lender | Consumer Direct |



### Comparable 1

2404 Greenleaf St

| | |
|---|---|
| Prox. to Subject | 0.95 miles NW |
| Sale Price | 275,000 |
| Gross Living Area | 1,152 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | Residential |
| View | Residential |
| Site | 3720 SqFt |
| Quality | Average |
| Age | 53 Years |



### Comparable 2

1401 Grey Ave

| | |
|---|---|
| Prox. to Subject | 1.05 miles NW |
| Sale Price | 203,000 |
| Gross Living Area | 1,521 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | Res;Commercial |
| View | Residential |
| Site | 5213 SqFt |
| Quality | Average |
| Age | 94 Years |



### Comparable 3

1314 Pitner Ave

| | |
|---|---|
| Prox. to Subject | 1.09 miles NW |
| Sale Price | 375,000 |
| Gross Living Area | 1,247 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | Residential |
| View | Residential |
| Site | 7111 SqFt |
| Quality | Average |
| Age | 68 Years |

## Comparable Photo Page

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | | |
| City | Evanston | County | Cook | | State IL | Zip Code | 60202 |
| Lender | Consumer Direct | | | | | | |



### Comparable 4

1319 Darrow Ave

| | |
|---|---|
| Prox. to Subject | 0.89 miles NW |
| Sale Price | 295,000 |
| Gross Living Area | 1,007 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | Residential |
| View | Residential |
| Site | 5670 SqFt |
| Quality | Average |
| Age | 100 Years |

### Comparable 5

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 6

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Plat Map



## Aerial Map

| Borrower/Client | N/A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | | | | |
| City | Evanston | County | Cook | | | State | IL | Zip Code | 60202 |
| Lender | Consumer Direct | | | | | | | | |



**Location Map**

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1400 Cleveland St | | | | | | |
| City | Evanston | County | Cook | State | IL | Zip Code | 60202 |
| Lender | Consumer Direct | | | | | | |



## Legal Description

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



Lots 16 and 17 in Block 4 in the J.E. Kinsella Addition to Evanston being a Subdivision of Lot 1 of Assessor's Division of the South 1/2 of the Southeast 1/4 of Section 24, Township 41 North, Range 13 East of the Third Principal Meridian, in Cook County, Illinois

**Appraiser's License**



## State of Illinois

**Department of Financial and Professional Regulation**
**Division of Real Estate**

LICENSE NO.
556.000323

The person, firm, or corporation whose name appears on this certificate has complied with the provisions of the Illinois Statutes and/or rules and regulations and is hereby authorized to engage in the activity as indicated below:

EXPIRES:
09/30/2025

**CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER**

DAVID J HALLMAN

LAGRANGE PARK, IL 60526

MARIO TRETO, JR.
SECRETARY

LAURIE MURPHY
DIRECTOR

The official status of this license can be verified at IDFPR.Illinois.gov

18281516

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Assumptions, Limiting Conditions & Scope of Work

| | | | | File No.: 721313774 |
|---|---|---|---|---|
| Property Address: 1400 Cleveland St | | City: Evanston | State: IL | Zip Code: 60202 |
| Client: Opteon AMC, Inc | | Address: | | |
| Appraiser: David J Hallman | | Address: 5500 Pearl St #260 (Corporate Address), Rosemont, IL 60018 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Certifications

File No.: 721313774

| | | | | |
|---|---|---|---|---|
| Property Address: 1400 Cleveland St | | City: Evanston | State: IL | Zip Code: 60202 |
| Client: Opteon AMC, Inc | Address: | | | |
| Appraiser: David J Hallman | Address: 5500 Pearl St #260 (Corporate Address), Rosemont, IL 60018 | | | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

## DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: Larry Wood | Client Name: Opteon AMC, Inc |
| E-Mail: lwood@legalactionchicago.org | Address: |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: David J Hallman | Supervisory or Co-Appraiser Name: |
| Company: Opteon Appraisal Inc | Company: |
| Phone: (888) 440-8258    Fax: | Phone:    Fax: |
| E-Mail: orders@opteonusa.com | E-Mail: |
| Date Report Signed: 10/15/2024 | Date Report Signed: |
| License or Certification #: 556.000323    State: IL | License or Certification #:    State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 09/30/2025 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 10/12/2024 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**  Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                3/2007

File No. 721313774

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Ab | Adobe | Materials |
| AbvGrnd | Above Ground | Pool |
| Alm | Aluminum | Materials |
| Asb | Asbestos | Materials |
| Asp | Asphalt | Materials |
| Av | Average | Condition |
| Awn | Awning | Materials |
| Balc | Balcony | Other amenities |
| Bk | Brick | Materials |
| BrwnSt | Brown Stone | Design Style |
| CAC | Central Air Condition | Cooling |
| CapeCod | Cape Cod | Design Style |
| Carriage | Carriage Home | Design Style |
| Case | Casement | Materials |
| Cc | Concrete | Materials |
| CcB | Concrete Block | Materials |
| Ck | Cork | Materials |
| Cmp | Composite | Materials |
| CmpSh | Composition Sheet | Materials |
| Contemp | Contemporary | Design Style |
| Cor | Corian | Materials |
| Cov | Covered | Porch |
| Cpt | Carpet | Materials |
| Crmc | Ceramic | Materials |
| DblHng | Double Hung | Materials |
| DpxDwn | Duplex Down | Design Style |
| DpxUp | Duplex Up | Design Style |
| Drt | Dirt | Materials |
| Dv | Dryvit | Materials |
| Dwl | DryWall | Materials |
| Elec | Electric | Fuel |
| Enc | Enclosed | Porch |
| EW | Engineered Wood | Materials |
| EngCtge | English Cottage | Design Style |
| ExAg | Exposed Aggregate | Materials |
| FarmHse | Farmhouse | Design Style |
| FbC | Fiber Cement | Materials |
| Fbrg | Fiberglass | Materials |
| FgSt | Flagstone | Materials |
| Fr | Frame | Materials |
| Frmc | Formica | Materials |
| Gd | Good | Condition |
| Gls | Glass | Materials |
| GlsB | Glass Block | Materials |
| Grnt | Granite | Materials |
| Hop | Hopper | Materials |
| Hw | Hardwood | Materials |
| Ind | Individual | Cooling |
| InGrnd | In Ground | Pool |
| Jal | Jalousie | Materials |
| Lam | Laminate | Materials |
| Lin | Linoleum | Materials |
| Louv | Louvered | Materials |
| LVP | Luxury Vinyl Plank | Materials |
| Marlt | Marlite | Materials |
| Mas | Masonite | Materials |
| Mbl | Marble | Materials |
| Medit. | Mediterranean | Design Style |
| Mirr | Mirrored | Materials |
| Mtl | Metal | Materials |
| New | New | Condition |
| Pict | Picture | Materials |
| Pier | Pier | Materials |
| Pl | Pilings | Materials |
| Plst | Plaster | Materials |
| Pnl | Panel | Materials |
| Pcln | Porcelain | Materials |
| Pqt | Parquet | Materials |
| Pr | Poor | Condition |
| Prop | Propane | Fuel |
| Qtz | Quartz | Materials |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE2A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No. 721313774

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Quad | Quadplex | Design Style |
| Rbbr | Rubber | Materials |
| RsdRanch | Raised Ranch | Design Style |
| Screen | Screened | Porch |
| SdBSd | Side by Side | Materials |
| Sftw | Softwood | Materials |
| ShtRk | Sheetrock | Materials |
| Slide | Sliding | Materials |
| SngHng | Single Hung | Materials |
| SoPl | Solid Plastic | Materials |
| SpcPk | Spacepak | Cooling |
| SpEntry | Split Entry | Design Style |
| SpLevel | Split Level | Design Style |
| Spst | Soapstone | Materials |
| St | Stone | Materials |
| Stc | Stucco | Materials |
| StnGl | Stain Glass | Materials |
| Trzo | Terrazzo | Materials |
| Tb | Timber | Materials |
| Tlb | Tileboard | Materials |
| TnG | Tongue and Groove | Materials |
| Trad | Traditional | Design Style |
| TT | Tilt & Turn | Materials |
| TwnHse | Townhouse | Design Style |
| Vict. | Victorian | Design Style |
| Vn | Vinyl | Materials |
| VP | Vinyl Plank | Materials |
| Wd | Wood | Materials, Fuel |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE2A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Qualifications**

## Appraiser Qualifications & Licenses

### David J Hallman

**EXPERIENCE**

Certified Residential Appraiser
Licenses Held – Illinois, Wisconsin, Maryland

Appraiser Lead – Opteon Appraisal
January 2023 to Present

**PREVIOUS**

Senior Appraiser – Opteon Appraisal
January 2021 – January 2023

Senior Appraiser – Valucentric
August 2017 - January 2021

Manager, Southest Region – Real Valuation Services
January 2015 – August 2017

President - D & H Appraisal Service, Inc.
November 2000 to May 2015

Appraiser - North American Valuation, Inc.
June 1997 to November 2000

Staff Appraiser - Chase Manhattan Mortgage Corp.
October 1988 to June 1997

Appraiser Associate - Kammes & Associates
May 1984 to October 1988

Deputy Assessor - Winfield Township
1982 - 1985

**EDUCATION**

Graduate: West Chicago Community High School
College Courses: College of DuPage, Glen Ellyn, IL
**RELATED APPRAISAL EDUCATION**
Illinois Property Assessment Institute - Basic Assessment Principles
A.I. - Basic Valuation Procedures
A.I. - Residential Valuation
NAIFA - Principles of Real Estate Appraisal
NAIFA - Standards of Professional Practice
NAIFA - Concepts, Techniques, and Terminology
NAIFA - Basic Residential HUD Appraisal Requirements
NAIFA - Market Abstraction
NAIFA - Marshall & Swift Residential Cost Manual
REEC - Home Inspection
McKissock - Uniform Standards of Appraisal Practice
McKissock - Introduction to Environmental Concerns for the Appraiser
McKissock - Appraising 2 - 4 Family Residential Properties
NAIFA - Fair Lending Requirements



## Property Details

# 10-24-419-005-0000

## 1402 CLEVELAND ST • EVANSTON, IL • Evanston

## Tax Details

| | |
|---|---|
| PROPERTY CLASSIFICATION | **203** |
| SQUARE FOOTAGE (LAND) | **3,275** |
| NEIGHBORHOOD | **110** |
| TAXCODE | **17007** |
| NEXT SCHEDULED REASSESSMENT | **2022** |



EXHIBIT
Hallman 2
12/11/24 D

## Assessed Valuation

2020 Assessor Certified values include adjustments, where applicable, for COVID-19 effects on property.

| | 2024 Assessor Certified | 2023 Board of Review Certified |
|---|---|---|
| TOTAL ESTIMATED MARKET VALUE | $194,530 | $194,530 |
| TOTAL ASSESSED VALUE | $19,453 | $19,453 |
| LAND ASSESSED VALUE | $5,404 | $5,404 |
| BUILDING ASSESSED VALUE | $14,049 | $14,049 |

\* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so. Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

\*\* Information may be available by submitting an FOIA Request

## Exemption Status

**2023**   **Homeowner | $406.60**
        **Senior Citizen | N/A**
        **Senior Freeze | N/A**
        **Dis. Person Exemption | N/A**
        **Dis. Veteran Exemption | N/A**
**2022**   **Homeowner | $402.40**
        **Senior Citizen | N/A**
        **Senior Freeze | N/A**
        **Dis. Person Exemption | N/A**
        **Dis. Veteran Exemption | N/A**
**2021**   **Homeowner | $447.85**
        **Senior Citizen | N/A**
        **Senior Freeze | N/A**
        **Dis. Person Exemption | N/A**
        **Dis. Veteran Exemption | N/A**
**2020**   **Homeowner | $411.50**
        **Senior Citizen | N/A**
        **Senior Freeze | N/A**
        **Dis. Person Exemption | Check Here (https://www.cookcountypropertyinfo.com/)**
        **Dis. Veteran Exemption | Check Here (https://www.cookcountypropertyinfo.com/)**

## Exemption History

**2022**   **Homeowner exemption was applied to the property this year.**
**2021**   **Homeowner exemption was applied to the property this year.**
**2020**   **Homeowner exemption was applied to the property this year.**
**2019**   **Homeowner exemption was applied to the property this year.**

## Characteristics

| | |
|---|---|
| DESCRIPTION | **One story residence, any age, 1,000 to 1,800 square feet** |
| RESIDENCE TYPE | **1.5** |
| USE | **Single Family** |
| APARTMENTS | **0** |
| EXTERIOR CONSTRUCTION | **Frame/Masonry** |
| FULL BATHS | **1** |
| HALF BATHS | **0** |
| BASEMENT[1] | **Full** |
| ATTIC | **None** |
| CENTRAL AIR | **No** |
| NUMBER OF FIREPLACES | **0** |
| GARAGE SIZE/TYPE[2] | **1 Car** |

|                          |                    |
|--------------------------|--------------------|
| AGE                      | **76**             |
| BUILDING SQUARE FOOTAGE  | **1,233**          |
| ASSESSMENT PHASE         | **Assessor Valuation** |

[1] Excluded from building square footage, except apartment

[2] Excluded from building square footage

\* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so. Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

\*\* Information may be available by submitting an FOIA Request

## Certificate of Error History

| Year | Certificate Number | Property Location | Issued Date | C of E Description | Reason | Comments |
|------|--------------------|-------------------|-------------|---------------------|--------|----------|
| 2014 | 56264 | 1402 CLEVELAND ST | 2024-12-06 | Property is not a cooperative | The Homeowner's Exemption was not applied. | The Assessor's Office has completed processing the C of E. Please contact the Cook County Treasurer or the Cook County Clerk to determine whether you are entitled to a refund or if a balance is due. |
| 2013 | 74938 | 1402 CLEVELAND ST | 2024-12-06 | Property is not a cooperative | The Homeowner's Exemption was not applied. | The Assessor's Office has completed processing the C of E. Please contact the Cook County Treasurer or the Cook County Clerk to determine whether you are entitled to a refund or if a balance is due. |





10244190050000   04/23/2007

Enter 14 digit PIN

**SEARCH**

## CAPTCHA



I'm not a robot

reCAPTCHA
Privacy - Terms

**Don't know your PIN? Search by address here (/address-search).**



## Property Details

# 10-24-419-006-0000

### 1400 CLEVELAND ST • EVANSTON, IL • Evanston

## Tax Details

| | |
|---|---|
| PROPERTY CLASSIFICATION | **203** |
| SQUARE FOOTAGE (LAND) | **3,275** |
| NEIGHBORHOOD | **110** |
| TAXCODE | **17007** |
| NEXT SCHEDULED REASSESSMENT | **2022** |

## Assessed Valuation

2020 Assessor Certified values include adjustments, where applicable, for COVID-19 effects on property.

| | 2024 Assessor Certified | 2023 Board of Review Certified |
|---|---|---|
| TOTAL ESTIMATED MARKET VALUE | $194,530 | $194,530 |
| TOTAL ASSESSED VALUE | $19,453 | $19,453 |
| LAND ASSESSED VALUE | $5,404 | $5,404 |
| BUILDING ASSESSED VALUE | $14,049 | $14,049 |



EXHIBIT

Hallman 3

12/11/24

\* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so. Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

\*\* Information may be available by submitting an FOIA Request

## Exemption Status

**2023**    **Homeowner | $406.60**
       **Senior Citizen | N/A**
       **Senior Freeze | N/A**
       **Dis. Person Exemption | N/A**
       **Dis. Veteran Exemption | N/A**

**2022**    **Homeowner | $402.40**
       **Senior Citizen | N/A**
       **Senior Freeze | N/A**
       **Dis. Person Exemption | N/A**
       **Dis. Veteran Exemption | N/A**

**2021**    **Homeowner | $447.85**
       **Senior Citizen | N/A**
       **Senior Freeze | N/A**
       **Dis. Person Exemption | N/A**
       **Dis. Veteran Exemption | N/A**

**2020**    **Homeowner | $411.50**
       **Senior Citizen | N/A**
       **Senior Freeze | N/A**
       **Dis. Person Exemption | Check Here (https://www.cookcountypropertyinfo.com/)**
       **Dis. Veteran Exemption | Check Here (https://www.cookcountypropertyinfo.com/)**

## Exemption History

**2022**    **Homeowner exemption was applied to the property this year.**
**2021**    **Homeowner exemption was applied to the property this year.**
**2020**    **Homeowner exemption was applied to the property this year.**
**2019**    **Homeowner exemption was applied to the property this year.**

## Characteristics

| | |
|---|---|
| DESCRIPTION | **One story residence, any age, 1,000 to 1,800 square feet** |
| RESIDENCE TYPE | **1.5** |
| USE | **Single Family** |
| APARTMENTS | **0** |
| EXTERIOR CONSTRUCTION | **Frame/Masonry** |
| FULL BATHS | **1** |
| HALF BATHS | **0** |
| BASEMENT[1] | **Full** |
| ATTIC | **None** |
| CENTRAL AIR | **No** |
| NUMBER OF FIREPLACES | **0** |
| GARAGE SIZE/TYPE[2] | **1 Car** |

|                         |                    |
| ----------------------- | ------------------ |
| AGE                     | **76**             |
| BUILDING SQUARE FOOTAGE | **1,233**          |
| ASSESSMENT PHASE        | **Assessor Valuation** |

[1] Excluded from building square footage, except apartment

[2] Excluded from building square footage

* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so. Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

** Information may be available by submitting an FOIA Request

1

## Certificate of Error History

| Year | Certificate Number | Property Location | Issued Date | C of E Description | Reason | Comments |
|------|--------------------|-------------------|-------------|-------------------|--------|----------|
| 2014 | 56265 | 1400 CLEVELAND ST | 2024-12-06 | Property is not a cooperative | The Homeowner's Exemption was not applied. | The Assessor's Office has completed processing the C of E. Please contact the Cook County Treasurer or the Cook County Clerk to determine whether you are entitled to a refund or if a balance is due. |
| 2013 | 74937 | 1400 CLEVELAND ST | 2024-12-06 | Property is not a cooperative | The Homeowner's Exemption was not applied. | The Assessor's Office has completed processing the C of E. Please contact the Cook County Treasurer or the Cook County Clerk to determine whether you are entitled to a refund or if a balance is due. |





10244190060000 04/23/2007

Enter 14 digit PIN

**SEARCH**

# CAPTCHA

I'm not a robot

reCAPTCHA
Privacy - Terms

**Don't know your PIN? Search by address here (/address-search).**

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

1922 S 12th Ave
Maywood, IL 60153
See attached Legal Description

**FOR**

Legal Action Chicago

**OPINION OF VALUE**

130,000

**AS OF**

10/02/2021

**BY**

David J Hallman
Opteon Appraisal Inc
5500 Pearl St #260 (Corporate Address)
Rosemont, IL 60018
(888) 440-8258
orders@opteonusa.com



EXHIBIT

Hallman 4

12/11/24

## USPAP ADDENDUM

File No. 721313776

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 1922 S 12th Ave | | | | |
| City | Maywood | County Cook | | State IL | Zip Code 60153 |
| Lender | Legal Action Chicago | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: **1 - 90 Days**

EXPOSURE TIME: Estimated length of time that the property interested being appraised would have offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

USPAP 2024 (effective January 1, 2024) Comment: Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

### Additional Certifications

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Additional Comments

In accordance with USPAP Standards Rule 2-3, David J Hallman (556.000323) provided significant real property assistance in the development of this appraisal report. This assistance included:

____Database & resource search for comparable sales
____Neighborhood inspection & analysis
____Sales comparison analysis

All of the assisted work was supervised and verified by the appraiser signing the appraisal report.

The appraisal assignment has been ordered by an appraisal management company. They have been identified as the Client in the Client (Opteon AMC, Inc.) section on the Name line on the Signature Page. The Intended User/Client has been identified in the SUBJECT section on the client (Legal Action Chicago) line on page four of the appraisal report.

The compensation for this assignment is $400.00.

THE APPRAISAL MANAGEMENT COMPANY'S ILLINOIS REGISTRATION NUMBER IS 558.000316 AND IT EXPIRES ON 12/31/2024.

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: David J Hallman | Name: |
| Date Signed: 10/15/2024 | Date Signed: |
| State Certification #: 556.000323 | State Certification #: |
| or State License #: | or State License #: |
| State: IL | State: |
| Expiration Date of Certification or License: 09/30/2025 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 10/02/2021 | Supervisory Appraiser Inspection of Subject Property: ☐ Did Not ☐ Exterior-only from Street ☐ Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Opteon Appraisal Inc

# RESIDENTIAL APPRAISAL REPORT

File No.: 721313776

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address: 1922 S 12th Ave | City: Maywood | State: IL | Zip Code: 60153 |

County: Cook | Legal Description: See attached Legal Description

Assessor's Parcel #: 15-15-412-024-0000

Tax Year: 2021 | R.E. Taxes: $ 7,137 | Special Assessments: $ 0 | Borrower (if applicable): N/A

Current Owner of Record: High 5 Group, LLC | Occupant: ☐ Owner ☒ Tenant ☐ Vacant | ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) | HOA: $ 0 | ☐ per year ☐ per month

Market Area Name: Maywood | Map Reference: 16984 | Census Tract: 8177.00

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☒ other type of value (describe) Other

This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☒ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: The intended use of the appraisal is for Market Value purposes for litigation as of 10/02/2021.

**ASSIGNMENT**

Intended User(s) (by name or type): Legal Action Chicago

Client: Opteon AMC, Inc | Address: 300 Madison Ave, Suite 900, Toledo, OH 43604

Appraiser: David J Hallman | Address: 5500 Pearl St #260 (Corporate Address), Rosemont, IL 60018

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change In Land Use |
|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE | AGE | One-Unit | 85 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | $(000) | (yrs) | 2-4 Unit | 5 % | ☐ Likely * ☐ In Process * |
| Property values: | ☒ Increasing ☐ Stable ☐ Declining | ☐ Tenant | 45 Low | 0 | Multi-Unit | 5 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 365 High | 139 | Comm'l | 5 % | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 270 Pred | 96 | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject is bounded to the north by Washington Blvd, to the west by 17th Ave, to the east by 1st Ave and to the south by Roosevelt Rd. The appraiser has examined recent sales and listing information as is available. See attached addendum.

**SITE DESCRIPTION**

Dimensions: 40 x 134.3 | Site Area: 5,372 sf

Zoning Classification: R-2 | Description: Single-Family Residential

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown | Have the documents been reviewed? ☐ Yes ☒ No | Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Single Family Residence | Use as appraised in this report: Single Family Residence

Summary of Highest & Best Use: See attached addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Generally Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Com Ed | Street | Asphalt | ☒ | ☐ | Size | Adequate |
| Gas | ☒ | ☐ | Nicor | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | Municipal | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears adequate |
| Sanitary Sewer | ☒ | ☐ | Municipal | Street Lights | Yes | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | Municipal | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area: ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 17031C0476J | FEMA Map Date 08/19/2008

Site Comments: No observed or known adverse influences to market value were noted.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/Avg | Slab | No | Area Sq. Ft. | 936 | Type | FWA |
| # of Stories | 1.5 | Exterior Walls | Brick,Frm/Avg | Crawl Space | No | % Finished | 5 | Fuel | Gas |
| Type ☒ Det ☐ Att. | | Roof Surface | AsShng/Fair | Basement | Full | Ceiling | Unknown | | |
| Design (Style) | Bungalow | Gutters & Dwnspts. | Alum/Avg | Sump Pump | ☐ Unknown | Walls | Unknown | Cooling | Yes |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | DblHng/Avg | Dampness | ☐ Unknown | Floor | Unknown | Central | Yes |
| Actual Age (Yrs.) | 92 | Storm/Screens | Yes/Avg | Settlement | Unknown | Outside Entry | No | Other | |
| Effective Age (Yrs.) | 40 | | | Infestation | Unknown | | | | |

| Interior Description | | Appliances | Attic ☒ None | Amenities | | | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Hwd,Tile/Fair | Refrigerator ☐ | Stairs ☐ | Fireplace(s) # 0 | | Wood stove(s) # 0 | | Garage | # of cars ( 4 Tot.) |
| Walls | Plaster/Fair | Range/Oven ☐ | Drop Stair ☐ | Patio | None | | | Attach. | |
| Trim/Finish | Wood/Fair | Disposal ☐ | Scuttle ☐ | Deck ☒ | None | | | Detach. | 2 |
| Bath Floor | Unknown | Dishwasher ☐ | Doorway ☐ | Porch | Front | | | Blt.-In | |
| Bath Wainscot | Unknown | Fan/Hood ☐ | Floor ☐ | Fence | None | | | Carport | |
| Doors | Unknown | Microwave ☐ | Heated ☐ | Pool | None | | | Driveway | 2 |
| | | Washer/Dryer ☐ | Finished ☐ | | | | | Surface | Concrete |

Finished area above grade contains: 5 Rooms 3 Bedrooms 1.0 Bath(s) 1,196 Square Feet of Gross Living Area Above Grade

Additional features: No special features known.

Describe the condition of the property (including physical, functional and external obsolescence): The subject is in fair condition based on a Bing Maps Street View from 07/15/2021. For the purposes of this appraisal, it is assumed that the interior condition of the subject property is consistent with the exterior conditions per the noted Bing Maps Street View. The Cook County Assessor reports the property as a 1 story home. However, there is a partial second floor that is reportedly finished, per a historical MLS listing of the subject from 2011. This is assumed to be accurate and reflect the subject buildout as of the effective date of value.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

# RESIDENTIAL APPRAISAL REPORT

File No.: 721313776

My research ☒ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): MRED MLS, Cook County Clerk and Remine

**TRANSFER HISTORY**

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date: | The subject sold on 11/08/2018 for $10,000 from Chicago Title Land Trust Company Trust #8002356753 to Michelle Kidd via Deed (Doc #1831234055). |
| Price: | |
| Source(s): MRED, Clerk, Remine | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 1922 S 12th Ave | 1911 S 4th Ave | | 1935 S 19th Ave | | 1600 S 7th Ave | |
| | Maywood, IL 60153 | Maywood, IL 60153 | | Maywood, IL 60153 | | Maywood, IL 60153 | |
| Proximity to Subject | | 0.54 miles E | | 0.42 miles W | | 0.44 miles NE | |
| Sale Price | $ | $ 125,000 | | $ 122,000 | | $ 123,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 109.17 /sq.ft. | | $ 125.51 /sq.ft. | | $ 82.61 /sq.ft. | |
| Data Source(s) | Ext observation | MRED #11056381;DOM 17 | | MRED #10849103;DOM 38 | | MRED #10664461;DOM 90 | |
| Verification Source(s) | Assessor, Remine | Assessor, Remine | | Assessor, Remine | | Assessor, Remine | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | ArmLth | | CrtOrd | | Short | |
| Concessions | | Cash;0 | | Conv;0 | | FHA;3000 | |
| Date of Sale/Time | | 06/09/2021 | +6,250 | 12/18/2020 | +15,250 | 01/21/2021 | +13,838 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 5,372 sf | 4987 SqFt | 0 | 4301 SqFt | 0 | 6600 SqFt | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Bungalow | 1Story;Bunglow | | 1Story;Bunglow | | 1Story;Bunglow | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 40 | 94 Years | | 93 Years | | 111 Years | |
| Condition | Fair | Fair | | Average | -18,300 | Average-Fair | -6,150 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5 3 1.0 | 6 3 1.1 | -4,000 | 6 3 1.0 | 0 | 7 3 1.0 | 0 |
| Gross Living Area | 1,196 sq.ft. | 1,145 sq.ft. | | 972 sq.ft. | +6,720 | 1,489 sq.ft. | -8,790 |
| Basement & Finished | Full | Full | | Full | | Full | |
| Rooms Below Grade | 1/2 Bath | Unfinished | +1,000 | Rec Rm | -4,000 | 1/2 Bath | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GFA;CAC | Rdnt;NoAC | +3,000 | GFA;NoAC | +3,000 | GFA;CAC | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | None | +10,000 | 2 Car Garage | |
| Porch/Patio/Deck | Porch | None | +1,000 | Porches | -2,000 | Enc Porch | -2,000 |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 7,250 | ☒ + ☐ - $ | 10,670 | ☐ + ☒ - $ | -3,102 |
| Adjusted Sale Price of Comparables | | Net 5.8 % Gross 12.2 % $ | 132,250 | Net 8.7 % Gross 48.6 % $ | 132,670 | Net 2.5 % Gross 25.0 % $ | 119,898 |

Summary of Sales Comparison Approach   See Attached Addendum

Indicated Value by Sales Comparison Approach $   130,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 721313776

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service: Effective date of cost data: | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| The cost approach was not completed due to the age of the subject | | Sq.Ft. @ $ | =$ |
| and the subjectivity in estimating depreciation and because the typical | | Sq.Ft. @ $ | =$ |
| buyer does not base price points on the cost approach. | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less Physical Functional External | | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-Is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | | =$ |

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM): The income approach is not applicable to this report as homes in the area are typically owner occupied.

## PROJECT INFORMATION FOR PUDs (if applicable)   ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 130,000   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Final Reconciliation   The sales comparison approach is considered the best indicator of value because it reflects the attitudes of the buyers and sellers in the marketplace. It is considered the most reliable method for a supported market value and is relied upon for this report.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: No special conditions are noted. Personal property is not included in this valuation.

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 130,000 , as of: 10/02/2021 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 20 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work ☒ Limiting Cond./Certifications ☒ Narrative Addendum ☒ Photograph Addenda ☐ Sketch Addendum
☒ Map Addenda ☐ Additional Sales ☐ Cost Addendum ☐ Flood Addendum ☐ Manuf. House Addendum
☐ Hypothetical Conditions ☒ Extraordinary Assumptions ☐ ☐ ☐

Client Contact: Larry Wood   Client Name: Opteon AMC, Inc
E-Mail: lwood@legalactionchicago.org   Address: 300 Madison Ave, Suite 900, Toledo, OH 43604

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: David J Hallman | Supervisory or Co-Appraiser Name: |
| Company: Opteon Appraisal Inc | Company: |
| Phone: (888) 440-8258 Fax: | Phone: Fax: |
| E-Mail: orders@opteonusa.com | E-Mail: |
| Date of Report (Signature): 10/15/2024 | Date of Report (Signature): |
| License or Certification #: 556.000323 State: IL | License or Certification #: State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 09/30/2025 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 10/11/2024 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

## Supplemental Addendum

File No. 721313776

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1922 S 12th Ave | | | | | | |
| City | Maywood | County | Cook | State | IL | Zip Code | 60153 |
| Lender | Legal Action Chicago | | | | | | |

### NEIGHBORHOOD

Maywood is a village in Proviso Township, Cook County, Illinois, United States. It was founded on April 6, 1869, and organized October 22, 1881, The population was 24,090 at the 2010 United States Census. Emerson Elementary School is an elementary school in Maywood. Enrollment as of 2006 was 476 students. The school teaches grades kindergarten through eighth grade. Other elementary schools in Maywood include Garfield, Lincoln, Washington Dual Language Academy and Irving Middle School. Proviso East High School is in Maywood. The Village of Maywood is served by the Metra commuter railroad Union Pacific/West Line. Trains go east to Ogilvie Transportation Center in Chicago and as far west as Elburn, Illinois. Travel time from Maywood station to Ogilvie is 22 to 27 minutes. There are 13 inbound trains on weekdays, five on Saturdays and four on Sundays. Maywood station is in the heart of Maywood's business district. Maywood is also served by Melrose Park station, located on the border of Maywood and Melrose Park on the west side of town. Pace Bus serves Maywood with lines and stops throughout the Village.

### MARKET ANALYSIS

The one-unit housing trends in the neighborhood section on page one of this report are based on the following criteria:

The data contained in the 1004MC report is generated from (Spark Data / Data Master) Importing & Trend Analysis with data provided by the appraiser from the MRED MLS. The data was limited to : 3 bedroom single family detached homes within the subject market.

MARKET CONDITIONS COMMENTS

Sales Prices: Increasing

An analysis was performed on sales over the past 12 months. The sales had a median sale price of $230,000. This analysis shows a change of +1.25% per month.

Housing Supply: Declining

An analysis was performed on 8 sales plus all active listings that are competing properties, over the past 12 months. Based on this entire set of data there is a 0.0 month supply. This analysis shows a change of -8.5% per month.

Sales Days on Market: Declining

An analysis regarding days on market was performed on 8 competing sales over the past 12 months. For these sales, the median DOM was 38. This analysis shows a change of -5% per month.

Seller Concessions: Declining

An analysis was performed on 8 competing sales over the past 12 months. For those sales, a total of 25.0% were reported to have seller concessions. This analysis shows a change of -13.2% per month. The same analysis was performed on 150 sales from the broader defined neighborhood. For those sales, a total of 46.0% were reported to have seller concessions. This analysis shows a change of -3.7% per month.

Distressed Properties: Declining

An analysis was performed on 8 competing sales over the past 12 months. For those sales, a total of 12.5% were reported to be REO. The same analysis was performed on 150 sales from the broader defined neighborhood. For those sales, a total of 2.7% were reported to be REO.

### SALES COMPARABLE COMMENTS

The three comparables used in the analysis were the best available at this time to compare to the subject property. All three comparables offer similar overall utility and function. The overall amenities are also very similar. Comparables 1 through 3 were reported closed.

Positive time adjustments were made at 1.25% per month from the date of contract to account for the increase in median sale prices year over year per the above market conditions.

Comparables were adjusted for their difference in condition, bathroom counts, above/below grade gross living area, heating/cooling, and parking. No lot size adjustments were warranted for lot size differences of the subject lot size as no market data exists to support an adjustment. Condition adjustments were applied to comparables 2 and 3 due to superior updates and maintenance based on MLS data and interior MLS photos. Above grade gross living area adjustments were made at $50 per square foot. Comparables within 100 square feet of the subject property did not warrant an adjustment.

The remaining adjustments are indicated on the sales comparison grid.

ALL ADJUSTMENTS WERE DERIVED FROM THE SUBJECT MARKET AND THE APPRAISERS EXPERTISE IN THE MARKET PLACE.

Three comparables bracket the potential value of the subject property in adjusted range of $119,898 and $132,670. All factors considered, it is reasonable the subject would have a market value of $130,000 with the most weight given to comparable 1 due to it's similar condition.

### RECONCILIATION AND FINAL ANALYSIS

The COST APPROACH was considered and determined to be unnecessary to produce credible assignment results. The Cost Approach to value estimates the property value as the value of its components, the underlying land, and the depreciated value of the improvements. Because there is insufficient market evidence to credibly support the derivation of total depreciation, the

## Supplemental Addendum

File No. 721313776

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1922 S 12th Ave | | | | | | |
| City | Maywood | County | Cook | State | IL | Zip Code | 60153 |
| Lender | Legal Action Chicago | | | | | | |

cost approach is not given any consideration in the appraiser's final analysis. Use of the data, in the whole or in the part, for other purposes is not intended by the appraiser.

The INCOME APPROACH to value estimates the value of a property based on the income of the property. This approach was not considered applicable due to the fact that the majority of housing stock in the area is owner-occupied and not typically used for investment property and the subject is not currently used as an income-producing property.

The SALES COMPARABLE APPROACH is considered the best indicator of value because it reflects the attitudes of the buyers and sellers in the marketplace. It is considered the most reliable method for a supported market value and is relied upon for this report.

THE COMMENTS BY THE LICENSED REAL ESTATE APPRAISER CONTAINED WITHIN THIS APPRAISAL REPORT ON THE CONDITION OF THE PROPERTY DO NOT ADDRESS "STANDARDS OF PRACTICE" AS DEFINED IN THE HOME INSPECTOR LICENSE ACT [225ILCS 441] AND 68 ILL. ADM. CODE 1410 AND ARE NOT TO BE CONSIDERED A HOME INSPECTION OR HOME INSPECTION REPORT.

EXTERIOR INSPECTION ADDENDA

The appraiser has been requested to perform an appraisal based on an exterior only inspection and not to disturb the occupants by entering the building. The physical characteristics used to develop this appraisal are based on the assessment records and information of the MRED multiple listing service. The subject property was observed from the public street and appears to have been renovated since the effective date of this appraisal. For the purposes of this appraisal, it is assumed that the interior condition of the subject property is consistent with the exterior condition as observed from the Bing Maps Street view from 07/15/2021.

PHYSICAL DEFICIENCIES OR ADVERSE CONDITIONS

Unless otherwise stated in this report, the existence of hazardous material and/or electromagnetic emission, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no such knowledge of the existence of such materials on or in the subject property, or in the properties of the subject neighborhood. The appraiser is not qualified to detect such substances. The presence of such substances as asbestos, urea formaldehyde foam insulation, radon, mold, or other potentially hazardous material may affect the value of the property. The value estimate expressed is predicated on the assumption that there is no such material in or on the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required discovering them. The customer is urged to retain an expert in this field.

EXTRAORDINARY ASSUMPTION

This appraisal involves the use of an extraordinary assumption. Specifically, appraiser assumes the subject is in the condition as reported as of the effective date of the appraisal. The use of this extraordinary assumption might have affected the assignment results.

## Subject Photo Page

| Borrower/Client | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 1922 S 12th Ave | | | | | | | |
| City | Maywood | County | Cook | | State | IL | Zip Code | 60153 |
| Lender | Legal Action Chicago | | | | | | | |



**Subject Front**

1922 S 12th Ave
Sales Price
Gross Living Area    1,196
Total Rooms    5
Total Bedrooms    3
Total Bathrooms    1.0
Location    Residential
View    Residential
Site    5,372 sf
Quality    Average
Age    40



**Subject Front**



**Subject Street**



**Bing Street View Photo 07/15/2021**

## Photograph Addendum

| Borrower/Client | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 1922 S 12th Ave | | | | | | | |
| City | Maywood | County | Cook | | State | IL | Zip Code | 60153 |
| Lender | Legal Action Chicago | | | | | | | |



**Street (Right)**

## Comparable Photo Page

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1922 S 12th Ave | | | | | | |
| City | Maywood | County | Cook | State | IL | Zip Code | 60153 |
| Lender | Legal Action Chicago | | | | | | |



### Comparable 1

1911 S 4th Ave

| | |
|---|---|
| Prox. to Subject | 0.54 miles E |
| Sale Price | 125,000 |
| Gross Living Area | 1,145 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | Residential |
| View | Residential |
| Site | 4987 SqFt |
| Quality | Average |
| Age | 94 Years |



### Comparable 2

1935 S 19th Ave

| | |
|---|---|
| Prox. to Subject | 0.42 miles W |
| Sale Price | 122,000 |
| Gross Living Area | 972 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | Residential |
| View | Residential |
| Site | 4301 SqFt |
| Quality | Average |
| Age | 93 Years |



### Comparable 3

1600 S 7th Ave

| | |
|---|---|
| Prox. to Subject | 0.44 miles NE |
| Sale Price | 123,000 |
| Gross Living Area | 1,489 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | Residential |
| View | Residential |
| Site | 6600 SqFt |
| Quality | Average |
| Age | 111 Years |

**Plat Map**

## Aerial Map

| Borrower/Client | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 1922 S 12th Ave | | | | | | | |
| City | Maywood | County | Cook | | State | IL | Zip Code | 60153 |
| Lender | Legal Action Chicago | | | | | | | |



**Legal Description**

LOT 256 IN CUMMINGS AND FOREMAN'S REAL ESTATE CORPORATION HARRISON STREET AND 9TH AVENUE SUBDIVISION IN THE SOUTHEAST 1/4 OF SECTION 15, TOWNSHIP 39 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT RECORDED FEBRUARY 9, 1924 AS DOCUMENT 8278599, IN COOK COUNTY, ILLINOIS.

P.I.N    15-15-412-024
C/K/A   1922 S. 12TH AVE., MAYWOOD, IL 60153

**Appraiser's License**



## Assumptions, Limiting Conditions & Scope of Work

| | | | File No.: 721313776 |
|---|---|---|---|
| Property Address: 1922 S 12th Ave | City: Maywood | State: IL | Zip Code: 60153 |
| Client: Opteon AMC, Inc | Address: | | |
| Appraiser: David J Hallman | Address: 5500 Pearl St #260 (Corporate Address), Rosemont, IL 60018 | | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.   3/2007

# Certifications

File No.: 721313776

| | | | |
|---|---|---|---|
| Property Address: 1922 S 12th Ave | City: Maywood | State: IL | Zip Code: 60153 |
| Client: Opteon AMC, Inc | Address: | | |
| Appraiser: David J Hallman | Address: 5500 Pearl St #260 (Corporate Address), Rosemont, IL 60018 | | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.


DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: Larry Wood | Client Name: Opteon AMC, Inc |
| E-Mail: lwood@legalactionchicago.org | Address: |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: David J Hallman | Supervisory or Co-Appraiser Name: |
| Company: Opteon Appraisal Inc | Company: |
| Phone: (888) 440-8258   Fax: | Phone:   Fax: |
| E-Mail: orders@opteonusa.com | E-Mail: |
| Date Report Signed: 10/15/2024 | Date Report Signed: |
| License or Certification #: 556.000323   State: IL | License or Certification #:   State: |
| Designation: Certified Residential Appraiser | Designation: |
| Expiration Date of License or Certification: 09/30/2025 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 10/11/2024 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

File No. 721313776

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Ab | Adobe | Materials |
| AbvGrnd | Above Ground | Pool |
| Alm | Aluminum | Materials |
| Asb | Asbestos | Materials |
| Asp | Asphalt | Materials |
| Av | Average | Condition |
| Awn | Awning | Materials |
| Balc | Balcony | Other amenities |
| Bk | Brick | Materials |
| BrwnSt | Brown Stone | Design Style |
| CAC | Central Air Condition | Cooling |
| CapeCod | Cape Cod | Design Style |
| Carriage | Carriage Home | Design Style |
| Case | Casement | Materials |
| Cc | Concrete | Materials |
| CcB | Concrete Block | Materials |
| Ck | Cork | Materials |
| Cmp | Composite | Materials |
| CmpSh | Composition Sheet | Materials |
| Contemp | Contemporary | Design Style |
| Cor | Corian | Materials |
| Cov | Covered | Porch |
| Cpt | Carpet | Materials |
| Crmc | Ceramic | Materials |
| DblHng | Double Hung | Materials |
| DplxDwn | Duplex Down | Design Style |
| DplxUp | Duplex Up | Design Style |
| Drt | Dirt | Materials |
| Dv | Dryvit | Materials |
| Dwl | DryWall | Materials |
| Elec | Electric | Fuel |
| Enc | Enclosed | Porch |
| EW | Engineered Wood | Materials |
| EngCtge | English Cottage | Design Style |
| ExAg | Exposed Aggregate | Materials |
| FarmHse | Farmhouse | Design Style |
| FbC | Fiber Cement | Materials |
| Fbrg | Fiberglass | Materials |
| FgSt | Flagstone | Materials |
| Fr | Frame | Materials |
| Frmc | Formica | Materials |
| Gd | Good | Condition |
| Gls | Glass | Materials |
| GlsB | Glass Block | Materials |
| Grnt | Granite | Materials |
| Hop | Hopper | Materials |
| Hw | Hardwood | Materials |
| Ind | Individual | Cooling |
| InGrnd | In Ground | Pool |
| Jal | Jalousie | Materials |
| Lam | Laminate | Materials |
| Lin | Linoleum | Materials |
| Louv | Louvered | Materials |
| LVP | Luxury Vinyl Plank | Materials |
| Marlt | Marlite | Materials |
| Mas | Masonite | Materials |
| Mbl | Marble | Materials |
| Medit | Mediterranean | Design Style |
| Mirr | Mirrored | Materials |
| Mtl | Metal | Materials |
| New | New | Condition |
| Pict | Picture | Materials |
| Pier | Pier | Materials |
| Pl | Pilings | Materials |
| Plst | Plaster | Materials |
| Pnl | Panel | Materials |
| Pcln | Porcelain | Materials |
| Pqt | Parquet | Materials |
| Pr | Poor | Condition |
| Prop | Propane | Fuel |
| Qtz | Quartz | Materials |

File No. 721313776

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| Quad | Quadplex | Design Style |
| Rbbr | Rubber | Materials |
| RsdRanch | Raised Ranch | Design Style |
| Screen | Screened | Porch |
| SdBSd | Side by Side | Materials |
| Sftw | Softwood | Materials |
| ShtRk | Sheetrock | Materials |
| Slide | Sliding | Materials |
| SngHng | Single Hung | Materials |
| SoPl | Solid Plastic | Materials |
| SpcPk | Spacepak | Cooling |
| SpEntry | Split Entry | Design Style |
| SpLevel | Split Level | Design Style |
| Spst | Soapstone | Materials |
| St | Stone | Materials |
| Stc | Stucco | Materials |
| StnGl | Stain Glass | Materials |
| Trzo | Terrazzo | Materials |
| Tb | Timber | Materials |
| Tlb | Tileboard | Materials |
| TnG | Tongue and Groove | Materials |
| Trad | Traditional | Design Style |
| TT | Tilt & Turn | Materials |
| TwnHse | Townhouse | Design Style |
| Vict. | Victorian | Design Style |
| Vn | Vinyl | Materials |
| VP | Vinyl Plank | Materials |
| Wd | Wood | Materials, Fuel |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE2A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Qualifications**

.

## Appraiser Qualifications & Licenses

### David J Hallman

**EXPERIENCE**

Certified Residential Appraiser
Licenses Held – Illinois, Wisconsin, Maryland

Appraiser Lead – Opteon Appraisal
January 2023 to Present

**PREVIOUS**

Senior Appraiser – Opteon Appraisal
January 2021 – January 2023

Senior Appraiser – Valucentric
August 2017- January 2021

Manager, Southest Region – Real Valuation Services
January 2015 – August 2017

President - D & H Appraisal Service, Inc.
November 2000 to May 2015

Appraiser - North American Valuation, Inc.
June 1997 to November 2000

Staff Appraiser - Chase Manhattan Mortgage Corp.
October 1988 to June 1997

Appraiser Associate - Kammes & Associates
May 1984 to October 1988

Deputy Assessor - Winfield Township
1982 - 1985

**EDUCATION**

Graduate: West Chicago Community High School
College Courses: College of DuPage, Glen Ellyn, IL
**RELATED APPRAISAL EDUCATION**
Illinois Property Assessment Institute - Basic Assessment Principles
A.I. - Basic Valuation Procedures
A.I. - Residential Valuation
NAIFA - Principles of Real Estate Appraisal
NAIFA - Standards of Professional Practice
NAIFA - Concepts, Techniques, and Terminology
NAIFA - Basic Residential HUD Appraisal Requirements
NAIFA - Market Abstraction
NAIFA - Marshall & Swift Residential Cost Manual
REEC - Home Inspection
McKissock - Uniform Standards of Appraisal Practice
McKissock - Introduction to Environmental Concerns for the Appraiser
McKissock - Appraising 2 - 4 Family Residential Properties
NAIFA - Fair Lending Requirements



## Property Details

# 15-15-412-024-0000

### 1922 S 12TH AVE • MAYWOOD, IL • Proviso

## Tax Details

| | |
|---|---|
| PROPERTY CLASSIFICATION | **202** |
| SQUARE FOOTAGE (LAND) | **5,360** |
| NEIGHBORHOOD | **34** |
| TAXCODE | **31021** |
| NEXT SCHEDULED REASSESSMENT | **2023** |



EXHIBIT

Hallman 5

12/11/24

## Assessed Valuation

2020 Assessor Certified values include adjustments, where applicable, for COVID-19 effects on property.

| | **2024 Assessor Certified** | **2023 Board of Review Certified** |
|---|---|---|
| TOTAL ESTIMATED MARKET VALUE | **$210,000** | **$210,000** |
| TOTAL ASSESSED VALUE | **$21,000** | **$21,000** |
| LAND ASSESSED VALUE | **$3,216** | **$3,216** |
| BUILDING ASSESSED VALUE | **$17,784** | **$17,784** |

\* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so.

Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

** Information may be available by submitting an FOIA Request

## Exemption Status

| 2023 | Homeowner | $1,428.40 |
| | Senior Citizen | N/A |
| | Senior Freeze | N/A |
| | Dis. Person Exemption | $285.68 |
| | Dis. Veteran Exemption | N/A |
| 2022 | Homeowner | $1,925.70 |
| | Senior Citizen | N/A |
| | Senior Freeze | N/A |
| | Dis. Person Exemption | $385.14 |
| | Dis. Veteran Exemption | N/A |
| 2021 | Homeowner | $1,882.60 |
| | Senior Citizen | N/A |
| | Senior Freeze | N/A |
| | Dis. Person Exemption | $376.52 |
| | Dis. Veteran Exemption | N/A |
| 2020 | Homeowner | $1,709.80 |
| | Senior Citizen | N/A |
| | Senior Freeze | N/A |
| | Dis. Person Exemption | Check Here (https://www.cookcountypropertyinfo.com/) |
| | Dis. Veteran Exemption | Check Here (https://www.cookcountypropertyinfo.com/) |

## Exemption History

2022   Homeowner, and Persons with Disabilities exemption was applied to the property this year.

2021   Homeowner, and Persons with Disabilities exemption was applied to the property this year.

2020   Homeowner, and Persons with Disabilities exemption was applied to the property this year.

2019   Homeowner exemption was applied to the property this year.

## Characteristics

| DESCRIPTION | One story residence, any age, up to 999 square feet |
| --- | --- |
| RESIDENCE TYPE | 1.5 |
| USE | Single Family |
| APARTMENTS | 0 |
| EXTERIOR CONSTRUCTION | Masonry |
| FULL BATHS | 1 |
| HALF BATHS | 0 |
| BASEMENT[1] | Full |
| ATTIC | Full |
| CENTRAL AIR | Yes |
| NUMBER OF FIREPLACES | 0 |
| GARAGE SIZE/TYPE[2] | 2 Car |
| AGE | 98 |
| BUILDING SQUARE FOOTAGE | 936 |

ASSESSMENT PHASE    **Assessor Valuation**

[1] Excluded from building square footage, except apartment

[2] Excluded from building square footage

* "Property Location" is not a legal/postal mailing address. Its sole purpose is to help our Office locate the property. Therefore, you should not utilize the property location for any purpose, however, you may update the Property Location with your Legal/Postal Mailing Address should you choose to do so. Updating the address will not change the Property Location to a Legal/Postal Mailing Address.

** Information may be available by submitting an FOIA Request

## Appeal History

| Year | Previous Board Certified | Assessor Post-Appeal Valuation | Assessor Valuation | Appeal Number | Attorney/Tax Representative | Applicant | Status | Result |
|------|--------------------------|-------------------------------|--------------------|---------------|-----------------------------|-----------|--------|--------|
| 2014 | $11,354 (2013) | $9,089 | $9,920 | 79686 | MICHELLE KIDD | JASON R. TERRELL | Appeal Review Complete | Assessed Value Adjusted - This is the result of an analysis of comparable properties. |

1

# Certificate of Error History

| Year | Certificate Number | Property Location | Issued Date | C of E Description | Reason | Comments |
|------|--------------------|-------------------|-------------|-------------------|--------|----------|
| 2019 | 16007 | 1922 S 12TH AVE | 2024-12-06 | Property is not a cooperative | | The Assessor's Office has completed processing the C of E. Please contact the Cook County Treasurer or the Cook County Clerk to determine whether you are entitled to a refund or if a balance is due. |
| 2018 | 29308 | 1922 S 12TH AVE | 2024-12-06 | Property is not a cooperative | The Homeowner's Exemption was not applied. | The Assessor's Office has completed processing the C of E. Please contact the Cook County Treasurer or the Cook County Clerk to determine whether you are entitled to a refund or if a balance is due. |
| 2013 | 32869 | 1922 S 12TH AVE | 2024-12-06 | Property is not a cooperative | The Homeowner's Exemption was not applied. | The Assessor's Office has completed processing the C of E. Please contact the Cook County Treasurer or the Cook County Clerk to determine whether you are entitled to a refund or if a balance is due. |

| Year | Certificate Number | Property Location | Issued Date | C of E Description | Reason | Comments |
|------|--------------------|-------------------|-------------|-------------------|--------|----------|
| 2012 | 51566 | 1922 S 12TH AVE | 2024-12-06 | Property is not a cooperative | The Homeowner's Exemption was not applied. | Certificate of Error has been adjudicated by the Cook County Circuit Court. |





15154120240000  03/14/2007

Enter 14 digit PIN

**SEARCH**

## CAPTCHA



I'm not a robot

reCAPTCHA
Privacy - Terms

**Don't know your PIN? Search by address here (/address-search).**

(A) Passport.zws - PASSPORT                    Friday, October 18, 2024, 13:04:32 PM

```
VOLUME   PROPERTY INDEX NUMBER   TOWNSHIP      TAX CODE   NEIGH       PASS
 166     15-15-412-024-0000      PROVISO        31021      034   BOARD OF REVIEW
TAXPAYER:       HIGH 5 GROUP LLC                      LAST QUAD YEAR:  2023
ADDRESS:        141 ANDOVER DR                        5,360 LAND SQ FEET
CITY-ST-ZIP:    GLENDALE HTS   IL 60139 - 4521    210,000 CURRENT MARKET VALUE
LOCATION 1922       S   12TH                     AVE   MAYWOOD
                         *ASSESSMENT VALUATIONS*
                TOTAL       LAND   IMPROVEMENTS  CLASS
2023 B/R        21,000      3,216      17,784    2-02-00      HO
2023 ASSR       21,000      3,216      17,784    2-02-00

2022 B/R        16,622      2,546      14,076    2-02-00      HO
2022 ASSR       16,622      2,546      14,076    2-02-00

2021 B/R        16,622      2,546      14,076    2-02-00      HO
2021 ASSR       16,622      2,546      14,076    2-02-00

2020 B/R        16,622      2,546      14,076    2-02-00      HO
2020 ASSR       16,622      2,546      14,076    2-02-00

2019 B/R        10,955      2,278       8,677    2-02-00      HO CE
2019 ASSR       10,955      2,278       8,677    2-02-00


PF -- **
```



EXHIBIT
Hallman 4
12/11/24
PENGAD 800-631-6989