**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael Bell, et al.

      Plaintiff,

v.            Case No.: 1:22–cv–07061
            Honorable Matthew F. Kennelly

Maria Pappas, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

   MINUTE entry before the Honorable Matthew F. Kennelly: In person status hearing held on 5/20/2026 and continued to 6/12/2026 at 9:30 a.m. A joint status report is due on 6/10/2026. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.