**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE KIDD and GOYCE RATES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 22 CV 7061 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| MARIA PAPPAS, et al. | ) | |
| | ) | |
| Defendants | ) | |

**JOINT STATUS REPORT**

In accordance with this Court's May 11, 2026 Findings of Fact and Conclusions of Law (ECF No. 231), on May 18, 2026, the parties filed the Joint Status Report (ECF No. 232), setting forth their respective positions on the further proceedings necessary to bring this case to conclusion. Pursuant to this Court's May 20, 2026 Order (ECF No. 234), the parties submit this Joint Status Report in advance of the June 12, 2026 status hearing.

Following the May 20, 2026 status hearing, the parties have continued to meet and confer to attempt to negotiate the terms of a final judgment order, including a jointly-proposed damages formula. At this time, however, the parties have not reached agreement. The parties plan to continue working together to attempt to reach agreement but, in the event they are unable to do so, separately propose as follows.

Plaintiffs are prepared to file an opposed proposed Final Judgment Order setting forth the language and substance of the relief, including a declaratory judgment and a damages formula to be applied mechanically to each member of the class, and related provisions. Plaintiffs' proposal to bring the case to a conclusion is that they file the Proposed Final Judgment Order with a supporting brief. The brief will provide authorities to support the entry of the items in the proposed order.

1

Cook County anticipates opposing Plaintiffs' proposed final judgment order and accompanying brief. Cook County instead proposes that this Court sets the matter for a bellwether damages trial for only the two class representatives, in their individual capacities, with respect to their individual damage claims, as described in detail in Defendant Cook County's Statement, Section C, of the May 18, 2026 Joint Status Report. (ECF No. 232, 9-11.)

Respectfully submitted,

Date: June 10, 2026            By: /s/ *Daniel J. Schneider*

Charles R. Watkins
GUIN & EVANS, LLC
805 Lake Street, #226
Oak Park, IL 60301
(312) 878-8391
charlesw@guinevans.com

John Bouman                         Brian D. Roche
Lawrence Wood                   REED SMITH LLP
Daniel Schneider               10 South Wacker Drive 40th Floor
Leah Levinger                     753 F.2d 1397 (7th Cir. 1985)
LEGAL ACTION CHICAGO       Chicago, IL 60606
200 North LaSalle Street, 10th Floor    (312) 207-6490
Chicago, IL 60601             broche@reedsmith.com
(312) 341-1070
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org

*Counsel for Plaintiffs and the Class*

Respectfully submitted,

EILEEN O'NEILL BURKE
Cook County State's Attorney

By     /s/ *David E. Morrison*
           Special Assistant State's Attorney

Kenneth S. Ulrich
David E. Morrison

2

Rachel C. Steiner
Kerry D. Nelson
Kyle W. Walther
Special Assistant State's Attorneys
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000
kenneth.ulrich@goldbergkohn.com
david.morrison@goldbergkohn.com
rachel.steiner@goldbergkohn.com
kerry.nelson@goldbergkohn.com
kyle.walther@goldbergkohn.com

-and-

Megan Honingford
Anthony O'Brien
Prathima Yeddanapudi
Assistant State's Attorneys
COOK COUNTY STATE'S
 ATTORNEY'S OFFICE
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3116
megan.honingford@cookcountysao.org
anthony.obrien@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org

*Counsel for Defendant Cook County*

3